# EXHIBIT I

YUN PENG
8024 Emerson Pl
Rosemead, CA 91770
669 329 7691
msma529370228@gmail.com


YUN PENG, IN PRO PER


## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN FRANCISCO


NAME OF PLAINTIFF:  YUN PENG )  Case No.: CGC-24-617965
                            )
            Plaintiff(s),   )  **FOURTH AMENDED COMPLAINT**
                            )
      vs.                   )  **DATE:  July/17/2025**
                            )  **TIME:  10:30AM**
NAME OF DEFENDANT:          )  **DEPT:  301**
                            )
Amazon.com Inc.             )  Judge:  N/A
Amazon.com Services LLC     )  Dept:  301
ACI Gift Cards LLC          )  Action Filed: Sep/9/2024
Apple Inc.                  )  Trial Date: Unassigned
            Defendant(s).   )
                            )
                            )
                            )
_____)


Plaintiff files this Fourth Amended Complaint pursuant to California Code of Civil Procedure §472, as no responsive pleading has yet been filed.


DATED: July 17, 2025

*signature* _____
YUN PENG
In Pro Per

# 目录

目录 .................................................................................................................. 2

I. INTRODUCTION AND PRELIMINARY STATEMENT ............................................ 5

II. PARTIES ....................................................................................................... 6

III. JURISDICTION AND VENUE ........................................................................... 6

IV. BACKGROUND AND KEY EVENTS .................................................................. 7

V. STATEMENT OF FACTS .................................................................................. 7

*A. Personal Background, Underlying Medical Conditions, and Initial Crisis* ................ 7

Medical History and Baseline Vulnerability .......................................................... 7

First Phase Deterioration (Sequential Traumatic Events) ........................................ 7

Establishment of Critical Vulnerability Period ...................................................... 8

*B. First Gift Card Purchase and Amazon Account Suspension* ................................ 8

Critical Legal Timeline and Cognitive Impairment Context ...................................... 8

Initial Gift Card Purchases (June 20, 2024) ........................................................ 8

The NOID Crisis and Urgent Additional Purchases ............................................... 9

Large-Scale Gift Card Purchases for Essential Computer ....................................... 9

First Account Freeze (June 26, 2024) ............................................................... 9

Limited Appeal Process .................................................................................. 9

Comprehensive Legal Warning Submitted (June 28-29, 2024) ............................... 10

Fatal Blow and Acute Onset of Psychological Symptoms (July 2, 2024) ................... 11

Acute Qualitative Change in Psychological Symptoms .......................................... 12

Final Blow and Permanent Trauma (July 12, 2024) ............................................. 12

*C. Second Phase Gift Card Purchase and Use* .................................................. 12

Second Phase Cash Purchases (Mid to Late July 2024) ....................................... 12

Understanding of Packaging Information ........................................................... 13

Limited Nature of Packaging Information .......................................................... 13

New Account Registration (July 17-27, 2024) .................................................... 13

Platform Trust Elements ............................................................................... 13

Second Account Freeze Cycle (July 29 - August 1, 2024) ..................................... 14

Cross-Account Identification and Permanent Closure ........................................................ 14

Unable to Determine Scope of Loss .................................................................................... 14

*D. Harm Suffered by Plaintiff*.................................................................................................. *14*

Qualitative Change Process of Illness and Long-term Damage......................................... 14

Various medical evidence sections...................................................................................... 15

Work Preparation Interruption ............................................................................................ 15

Formal Psychiatric Diagnosis Medical Confirmation (August-September 2024).................15

Specific Evidence of Work Capacity Impairment (December 2024 to Present)................... 15

Medical and Temporal Evidence of Causal Relationship .................................................... 16

*E. Gift Card Packaging Design and Platform Operations*.......................................................... *16*

E.1 ACI Gift Cards LLC Packaging Design and Identity Information.................................... 16

E.2 Amazon's Platform Operations and Data Processing ................................................... 19

E.3 Commercial Arrangement Between Two Defendants .................................................... 21

*F. CLRA Notice Sending and ACI Gift Cards LLC's Refusal to Correct* ................................... *22*

First CLRA Notice (May 20, 2025) ...................................................................................... 22

ACI's Clear Refusal to Respond (June 20, 2025) ............................................................... 23

**VI. CAUSE OF ACTION** ............................................................................................................**23**

*A. Claims Against Defendant ACI Gift Cards LLC*.................................................................... *23*

A.1 FIRST CAUSE OF ACTION ......................................................................................... 23

A.2 SECOND CAUSE OF ACTION：Violation of the California Consumers Legal Remedies Act (Civil Code §1770)............................................................................................................... 24

A.3 THIRD CAUSE OF ACTION：Violation of California Unfair Competition Law (Bus. & Prof. Code §17200) .................................................................................................................... 27

A.4 FOURTH CAUSE OF ACTION：Violation of the California False Advertising Law (Bus. & Prof. Code §17500)................................................................................................................ 29

A.5 FIFTH CAUSE OF ACTION：Fraudulent Concealment / Omission ................................ 32

*B. Claims Against Defendant Amazon.com Services LLC*.......................................................... *38*

B.1 FIRST CAUSE OF ACTION ：Declaratory Relief ......................................................... 38

B.2 SECOND CAUSE OF ACTION：Violation of the California False Advertising Law (Bus. & Prof. Code §17500)................................................................................................................ 38

B.3 THIRD CAUSE OF ACTION：Unjust Enrichment.......................................................... 43

B.4 FOURTH CAUSE OF ACTION：Conversion ........................................................44

B.5 FIFTH CAUSE OF ACTION：Violation of the California Consumers Legal Remedies Act (Cal. Civ. Code §1770 et seq.) ........................................................48

B.6 SIXTH CAUSE OF ACTION：Violation of California Unfair Competition Law (Cal. Bus. & Prof. Code §17200 et seq.) ........................................................52

B.7 SEVENTH CAUSE OF ACTION：Intentional Infliction of Emotional Distress ...........................58

B.8 EIGHTH CAUSE OF ACTION: Negligent Infliction of Emotional Distress ...................................63

B.9 NINTH CAUSE OF ACTION：Comprehensive Fraud - Promissory Fraud, Misrepresentation, Fraudulent Concealment, Platform Control Abuse, and Coordinated Fraud ...................................68

**VII. PRAYER FOR RELIEF** ..............................................................................................**93**

*As to ACI Gift Cards LLC* ............................................................................................*93*

A.2 CLRA Relief Requested ..........................................................................93

A.3 UCL Relief Requested ..........................................................................94

A.4 FAL Relief Requested ..........................................................................95

A.5 Fraudulent Concealment Relief Requested ..........................................................................95

*As to Amazon.com Services LLC* ............................................................................................*95*

B.1 Declaratory Relief Requested ..........................................................................95

B.2 FAL Relief Requested ..........................................................................96

B.3 Unjust Enrichment Relief Requested ..........................................................................97

B.4 Conversion Relief Requested ..........................................................................97

B.5 CLRA Relief Requested ..........................................................................97

B.6 UCL Relief Requested ..........................................................................98

B.7 Intentional Infliction of Emotional Distress Relief Requested ..........................................................................98

B.8 Negligent Infliction of Emotional Distress Relief Requested ..........................................................................99

B.9 Comprehensive Fraud Relief Requested ..........................................................................99

**VIII. JURY DEMAND** ..............................................................................................**100**

*CLAIMS TRIABLE BY JURY:* ............................................................................................*100*

*CLAIMS TRIABLE BY COURT:* ............................................................................................*100*

**IX.    RESPECTFULLY SUBMITTED** ..............................................................................................**100**

**X. PREEMPTIVE RESPONSES TO ANTICIPATED DEMURRERS** ..............................................................................................**102**

*A. Response to Anticipated Demurrer on Second Cause of Action Against ACI Gift Cards*............ 102

*B. Response to Anticipated Demurrer on Fifth Cause of Action Against ACI Gift Cards*................. 104

*C. Response to Anticipated Demurrer on Fourth Cause of Action Against Amazon.com*.............. 107

*D. Response to Anticipated Demurrer on Seventh Cause of Action Against Amazon.com*............ 109

*E. Response to Anticipated Demurrer on Eighth Cause of Action Against Amazon.com*................ 110

# I. INTRODUCTION AND PRELIMINARY STATEMENT

Defendants ACI Gift Cards LLC and Amazon.com Services LLC orchestrated a coordinated fraud scheme that systematically deceived and exploited consumers, including deliberately targeting a vulnerable asylum seeker facing humanitarian crisis. Despite Plaintiff's explicit pleas that he had "no food" and was an "asylum seeker," defendants ignored his humanitarian emergency and proceeded to confiscate over $2,500 in essential funds, causing his to develop Post-Traumatic Stress Disorder.

The fraud operates through a deliberately complex commercial structure designed to evade accountability. ACI completely conceals its identity as the true issuer of "Amazon Gift Cards" while Amazon exercises absolute control over consumer funds despite disclaiming issuer responsibility. When consumers face problems, this coordinated deception leaves them unable to identify the responsible party or obtain effective relief from eithis defendant.

This Fourth Amended Complaint corrects minor factual inaccuracies from earlier versions while preserving all legal claims previously determined viable by the Court. Plaintiff has fully complied with all procedural requirements, including service of formal CLRA notices, and now seeks comprehensive relief under California consumer protection statutes and common law.

This case presents critical issues of coordinated corporate fraud and platform accountability that require judicial intervention to protect vulnerable consumers in the digital economy. The systematic deception employed by defendants threatens the

1  foundational principles of consumer protection and corporate responsibility, making this
2  action essential for establishing precedent that prevents similar exploitation of vulnerable
3  populations.

4      This Fourth Amended Complaint corrects minor factual inaccuracies while preserving
5  all viable legal claims as previously determined by the Court.

6  ## II. PARTIES

7      Plaintiff Yun Peng is a California resident and asylum seeker with limited English
8  proficiency and diagnosed anxiety disorder. During the relevant events, Plaintiff relied on
9  cognitive-impairing medication and acted as a consumer purchasing essential goods for
10 personal survival. Defendants' coordinated fraud caused Plaintiff to suffer severe
11 psychological harm, including a formal diagnosis of Post-Traumatic Stress Disorder
12 (PTSD).

13     Defendant ACI Gift Cards LLC ("ACI") is a Delaware limited liability company that
14 issues Amazon-branded gift cards while systematically concealing its identity as the true
15 issuer. ACI designs packaging and marketing materials that create false impressions about
16 product responsibility and issuer identity.

17     Defendant Amazon.com Services LLC ("Amazon") is a Delaware limited liability
18 company that exercises absolute control over gift card functionality and consumer funds
19 despite disclaiming issuer responsibility. Amazon operates account suspension systems and
20 data collection processes that enable systematic consumer exploitation.

21     Defendant Amazon.com, Inc. is the Delaware parent corporation of Amazon Services.
22 No claims are asserted against Amazon.com, Inc. pursuant to the Court's prior order.

23 ## III. JURISDICTION AND VENUE

24     This Court has subject matter jurisdiction under California's general civil jurisdiction
25 over claims arising under California consumer protection statutes and common law.

26     Venue is proper in San Francisco County under Code of Civil Procedure Section
27 395(a) based on defendants' business activities in this county and Plaintiff's residence hise
28 during relevant events.

1    Personal jurisdiction over defendants is established through their purposeful direction

2    of commercial activities to California consumers.

3                          **IV. BACKGROUND AND KEY EVENTS**

4         Plaintiff, a non-English speaking asylum seeker with diagnosed anxiety disorder,

5    became dependent on Amazon's platform for essential purchases after suffering theft of

6    personal belongings and cash in May and June 2024.

7         Defendants exploited this vulnerability through a coordinated fraud scheme: ACI

8    concealed its identity as gift card issuer while Amazon exercised absolute control over

9    consumer funds. When Amazon suspended Plaintiff's accounts and confiscated over $2,500

10   in July-August 2024, Plaintiff developed Post-Traumatic Stress Disorder requiring ongoing

11   medical treatment.

12        This background establihes the factual foundation for Plaintiff's claims under

13   California consumer protection statutes and common law fraud theories.

14                          **V. STATEMENT OF FACTS**

15   **A. Personal Background, Underlying Medical Conditions, and Initial Crisis**

16        **Medical History and Baseline Vulnerability**

17        Plaintiff, a non-English speaking asylum seeker, suffered diagnosed anxiety disorder

18   for three years before entering the United States, requiring long-term sertraline,

19   alprazolam, and sleep medications for basic psychological stability. When Plaintiff entered

20   the United States on April 25, 2024, with a B2 visa to seek asylum, his psychological state

21   was already fragile and vulnerable.

22        **First Phase Deterioration (Sequential Traumatic Events)**

23   ● May 21, 2024: Thieves stole Plaintiff's belongings at Stanford University, leaving

24        his with only his wallet and significantly worsening his pre-existing anxiety

25        symptoms.

26   ● June 17, 2024: Plaintiff's deteriorating anxiety forced his onto Trazodone, a

27        stronger sedative that medical records confirm impairs cognitive judgment and

decision-making capacity.

- June 24, 2024: Thieves again struck at a FedEx store, stealing Plaintiff's wallet and remaining cash, furthis traumatizing his already fragile psychological state. With no family or friends for support, Plaintiff plunged into deeper crisis.

- June 25, 2024: USCIS issued a Notice of Intent to Deny (NOID) Plaintiff's asylum application, requiring additional document submission within strict deadlines and threatening his legal status and future safety.

**Establishment of Critical Vulnerability Period**

By late June 2024, Plaintiff existed in extreme psychological vulnerability, characterized by: (1) cumulative trauma from sequential thefts; (2) cognitive impairment from powerful sedative medications; (3) complete isolation in a foreign country; and (4) existential threat from potential asylum denial. Medical records document Plaintiff's unstable psychological state, making his susceptible to severe trauma from any additional major stressor.

**B. First Gift Card Purchase and Amazon Account Suspension**

**Critical Legal Timeline and Cognitive Impairment Context**

On June 17, 2024, Plaintiff's worsening anxiety forced his onto Trazodone, a stronger sedative that medical records confirm impairs cognitive judgment and decision-making capacity.

**Initial Gift Card Purchases (June 20, 2024)**

On June 20, 2024, Plaintiff purchased Amazon electronic gift cards through China's Alipay system on Taobao for basic living needs. ACI Gift Cards LLC issued these cards, which Plaintiff used to register an Amazon account (email: msma529370228@gmail.com). Plaintiff faced severe capacity barriers: (1) cognitive effects from sedative medication Trazodone; (2) psychological distress from recent traumatic events; (3) inability to understand English terms on packaging as a non-English speaker. These impairments prevented Plaintiff from accurately understanding his rights and obligations regarding the

1  gift cards.

2      On June 24, 2024, thieves again struck at a FedEx store, stealing Plaintiff's wallet and

3  remaining cash, furthis traumatizing his fragile psychological state. With no family or

4  friends for support, Plaintiff fell into deeper crisis.

5      **The NOID Crisis and Urgent Additional Purchases**

6      On June 25, 2024, USCIS issued a Notice of Intent to Deny (NOID) regarding

7  Plaintiff's asylum application, requiring the submission of additional documentation within

8  strict deadlines. This directly threatened Plaintiff's legal status and future safety, creating

9  an urgent need for computer access to prepare and submit the necessary response materials.

10      **Large-Scale Gift Card Purchases for Essential Computer**

11      Following the NOID and after all his cash had been stolen, Plaintiff desperately

12  purchased a large amount of Amazon gift cards through the Alipay system. These purchases

13  were made to obtain a computer necessary for preparing NOID response documents. Using

14  these gift cards, Plaintiff ordered a MacBook from Amazon. The total value of gift cards

15  purchased during this period was approximately $1,600.

16      **First Account Freeze (June 26, 2024)**

17      On June 26, 2024, Amazon suspended Plaintiff's account citing "unusual payment

18  activity," but failed to provide order numbers, transaction details, or any clear definition of

19  the alleged "unusual activity."

20      **Limited Appeal Process**

21      Plaintiff attempted to appeal through Amazon's platform, but the system limited him

22  to uploading only five images and a 200-character explanation, with no access to live

23  customer support or a formal dispute resolution process. Despite the vague reasoning

24  provided by Amazon, Plaintiff attempted to provide furthis evidence but faced systematic

25  barriers.

26      After submitting images of the gift cards on June 28, 2024, Amazon briefly reinstated

27  the account, only to immediately suspend it again for the same "unusual activity" reason—

28  still without any explanation. Plaintiff lost access to his account, pending orders, personal

1  settings, and balance information.

2  **Comprehensive Legal Warning Submitted (June 28-29, 2024)**

3  Plaintiff submitted all requested documents, including payment confirmation,

4  address, contact information, personal identity details, and gift card data. In addition,

5  Plaintiff sent written warnings to Amazon, asserting that its account suspension procedures

6  violated multiple federal and California consumer protection laws. The account remained

7  suspended.

8  On June 28–29, 2024, after Plaintiff's second document submission went unanswered,

9  he sent a formal legal notice in English to Amazon. The letter identified specific legal

10  violations as follows:

11  Your company is suspected of violating the following laws:

12  1.Federal Trade Commission Act Section 5 (15 U.S.C. § 45) — Unfair business

13  practices

14  2.Consumer Protection Act — failing to take reasonable measures to ensure fair and

15  transparent transactions, and not providing sufficient explanation and appeal opportunities

16  to consumers

17  3.Electronic Fund Transfer Act Section 908 (15 U.S.C. § 1693f) — Failure to

18  investigate disputed transactions

19  4.Fair Credit Reporting Act Section 605B (15 U.S.C. § 1681c-2) — Improper

20  handling of identity theft-related disputes

21  5.Gramm-Leach-Bliley Act Section 502 (15 U.S.C. § 6802) — Failure to notify and

22  authorize data sharing

23  6.California Consumer Privacy Act Section 1798.120 (CCPA) — Non-transparent

24  handling of personal information

25  7.California Civil Code Section 1670.5 — Unconscionable contract provisions

26  8.California Business & Professions Code Section 17200 — Unfair business practices

27  The letter detailed nine core violations of consumer protection principles in Amazon's

28  platform operation:

29  (1) Notification Obligation - platform should notify user first and provide opportunity

to explain;

(2) Appeal Procedure - should provide way to appeal before taking severe measures;

(3) Proportionality Principle - punishment should correspond to severity of violation;

(4) Graduated Measures - should use warnings or temporary restrictions instead of direct suspension;

(5) Evidence Preservation - platform should preserve sufficient evidence to justify actions;

(6) Transparency - process should be transparent with specific reasons;

(7) Contract Performance - platform obligated to fulfill confirmed orders unless major reason;

(8) Data Access - user should be allowed to access important data even if account suspended;

(9) Compliance - all actions must comply with local laws and consumer protection laws. Amazon provided no response.

Amazon did not respond to this legal warning.

**Fatal Blow and Acute Onset of Psychological Symptoms (July 2, 2024)**

At a time when Plaintiff's psychological condition was already extremely fragile and he urgently needed stability, Amazon canceled all unshipped orders in his account. These included both food necessary for basic survival and the MacBook required to prepare his NOID response.

Plaintiff submitted a humanitarian plea, explicitly stating: "I am an asylum seeker with no food. Please make a humanitarian exception for food orders." Amazon failed to respond in any way.

This action triggered a qualitative deterioration in Plaintiff's psychological condition:

- Escalated Survival Threat — The food order cancellation deprived his of basic security in a foreign country

- Direct Legal Jeopardy — The canceled MacBook order seriously hindered his

1    ability to respond to the NOID, endangering his asylum application

2    ● Collapse into Despair — Amazon's total disregard for a humanitarian plea

3    revealed deliberate indifference to Plaintiff's vulnerable status

### Acute Qualitative Change in Psychological Symptoms

Following Amazon's July 2 actions, Plaintiff experienced severe psychiatric symptoms for the first time, including inexplicable panic attacks, rapid heartbeat, and auditory hallucinations. These marked a transition from chronic anxiety disorder to acute stress reaction, reflecting a significant and medically documented shift in his mental health status.

### Final Blow and Permanent Trauma (July 12, 2024)

On July 12, 2024, Amazon permanently closed Plaintiff's account and froze his remaining balance of approximately $1,600 in gift cards. This final act, following the onset of acute psychiatric symptoms, inflicted lasting psychological trauma. As a result, Plaintiff was forced to begin taking the stronger sedative quetiapine, indicating irreversible mental deterioration.

**C. Second Phase Gift Card Purchase and Use**

Plaintiff purchased new gift cards based on packaging appearance and platform information, again encountering account freeze and cross-account identification.

### Second Phase Cash Purchases (Mid to Late July 2024)

After the first account freeze, Plaintiff still faced enormous difficulty shopping due to language barriers, unfamiliarity with transportation, ongoing asylum stress, and psychological trauma impact. The account freeze severely limited Plaintiff's ability to obtain food and daily necessities.

Plaintiff used cash to purchase several Amazon gift cards from U.S. retail stores (Walgreens, CVS, and Whole Foods Market), totaling over $905, to continue using the platform's convenience.

### Understanding of Packaging Information

In the second phase, Plaintiff attempted using translation tools to understand gift card surface information. The card fronts displayed only brand logos and face values with no obvious terms or restriction warnings. Based on this, Plaintiff understood the cards could be used freely without special conditions. The front packaging represents what consumers see first and typically forms the basis for purchase decisions.

### Limited Nature of Packaging Information

The card backs contained small-font English text and external links, but the text was too small, not prominently displayed, and provided no guidance or summary. Plaintiff lacked English proficiency and received no explanations from sales personnel or digital prompts. No scanning requirements, terms summaries, or consent request mechanisms existed. The gift card purchase process had no contract confirmation mechanism. The entire transaction process resembled purchasing ordinary consumer goods in a supermarket. Throughout the transaction process, consumers had no contact with any information about ACI as the actual issuer.Plaintiff purchased these gift cards based on card appearance and perceived unrestricted use.

### New Account Registration (July 17-27, 2024)

On July 17, 19, 26, and 27, 2024, Plaintiff purchased additional cards, registered a new Amazon account using email 529370228@qq.com, and used the gift cards.

### Platform Trust Elements

During browsing Amazon-related websites and using the platform, Plaintiff encountered keywords such as "privacy," "security," and "trust" on Amazon's website. Although Plaintiff did not read complete terms of service, basic understanding of these keywords enhanced trust in Amazon's reliability. Plaintiff acknowledges detailed reading of Amazon's privacy policy was completed afterwards. However, law does not require consumers to read lengthy technical terms word-by-word to establish reasonable reliance. Merchants have obligations to ensure consistency between prominently displayed promises and actual conduct, and cannot escape legal responsibility for explicit commitments by

1    burying exception conditions in complex terms. For consumers with language barriers,

2    delayed awareness represents natural reaction.

3    **Second Account Freeze Cycle (July 29 - August 1, 2024)**

4        Amazon suspended the new account on July 29, 2024. Following system prompts,

5    Plaintiff submitted physical photos of gift cards used, and Amazon briefly restored the

6    account. Amazon froze the account again on August 1, 2024. Plaintiff subsequently

7    submitted all requested documents, including payment records, receipts, full name, phone

8    number, email address, shipping address, front and back photos of gift cards, and last four

9    digits of bank account.

10    **Cross-Account Identification and Permanent Closure**

11        Amazon used Plaintiff's identity verification information—including address, phone

12    number, bank details, and payment evidence—for cross-account identification, concluding

13    the new account belonged to the same person. Based on this, Amazon permanently

14    suspended the account and denied Plaintiff access.

15    **Unable to Determine Scope of Loss**

16        Due to permanent account freeze, Plaintiff cannot access any account information and

17    thisefore cannot determine whethis remaining gift card balances were frozen at closure,

18    which orders were actually completed, or the status of pending transactions. Even if some

19    goods may have been received, Plaintiff lost account access rights, cannot return items,

20    cannot obtain warranty services, cannot contact customer support, and cannot view or

21    manage any account-related personal data.

22    **D. Harm Suffered by Plaintiff**

23    **Qualitative Change Process of Illness and Long-term Damage**

24        Amazon's order cancellation triggered Plaintiff's qualitative change from chronic

25    anxiety to acute stress reaction. Plaintiff developed symptoms never experienced before:

26    panic attacks, rapid heartbeat, auditory hallucinations, and othis acute psychiatric

27    symptoms. Medical records objectively confirm this qualitative change: the August 13,

28    2024 Westside Crisis assessment clearly recorded Plaintiff's "recent emergence of passive-

1    SI" (recent emergence of passive suicidal ideation), with doctors confirming these were

2    newly emerged symptoms.

3    **Various medical evidence sections**

4    Plaintiff's symptoms worsened and became chronic. Medical records detailed the

5    severity:

6    Auditory hallucination symptoms: Medical records documented "hears frogs croaking

7    and othis noises"

8    Severe insomnia: Medical records showed "only been able to get a few hours of sleep

9    each night"

10    Despair and functional impairment: Medical records described as "feeling exhausted

11    and tormented"

12    Emergence of suicidal ideation: Mental health professionals confirmed as "passive-

13    SI, without intent, plan, or means due to ongoing feelings of exhaustion"

14    **Work Preparation Interruption**

15    Although Plaintiff lacked work authorization at the time, Plaintiff actively sought

16    work opportunities, hoping to start working immediately after obtaining authorization.

17    Psychological trauma symptoms forced Plaintiff to stop seeking work opportunities and

18    begin ongoing treatment.

19    **Formal Psychiatric Diagnosis Medical Confirmation (August-September 2024)**

20    On August 29, 2024, Plaintiff received formal psychiatric evaluation and was

21    diagnosed with Bipolar II Disorder, medically confirming severe deterioration of Plaintiff's

22    psychological state. Medical records show Plaintiff requires long-term psychiatric

23    treatment and medication management, indicating the severity and persistence of trauma.

24    **Specific Evidence of Work Capacity Impairment (December 2024 to Present)**

25    Plaintiff obtained work authorization in December 2024, but persistent psychological

26    trauma symptoms caused functional disability that severely impaired work efficiency. This

27    manifested as long-term inability to concentrate, insomnia, and inability to focus at work,

28    leading to dismissal by employers twice. This has ongoing negative impact on Plaintiff's

long-term economic prospects and recovery, providing objective evidence of economic losses caused by Amazon's conduct.

**Medical and Temporal Evidence of Causal Relationship**

Direct temporal correlation: Acute symptoms appeared after Amazon canceled orders, with medical records confirming emergence of new symptoms six weeks later

Qualitative change in symptoms: Medical records confirmed development from pre-existing anxiety symptoms to entirely new psychopathological symptom spectrum

Medical professional confirmation: Multiple crisis interventions and psychiatric evaluations confirmed severity of symptoms

Objective evidence of functional impairment: Two dismissals provided specific evidence of work capacity impairment

**E. Gift Card Packaging Design and Platform Operations**

After multiple account freezes, repeated document submission requests, and frozen account balances, Plaintiff carefully reviewed the event process, investing substantial time and energy reading ACI gift card packaging, Amazon's public privacy policies, system design statements, and user rights declarations. Through this review, Plaintiff learned about the specific operations and commercial arrangements of ACI Gift Cards LLC and Amazon in gift card products.

**E.1 ACI Gift Cards LLC Packaging Design and Identity Information**

Amazon gift cards are designed and issued by ACI Gift Cards LLC, sold in physical form at national retail stores including Walgreens, CVS, and Whole Foods Market. Each card consists of a plastic card and paper packaging, with different information printed on front and back.

**Card Front Conceals Important Information**



The card front is the main interface consumers see on store helves and typically the only visible surface during purchase. The front displays only the Amazon logo, face value (such as "$50," "$100"), and decorative patterns. The front conceals terms of use, risk warnings, disclaimers, redirect URLs, or QR codes. The card front has sufficient space but conceals key restriction information such as "redeemable only for eligible merchandise" or "see terms and conditions."

**Back Information Uses Small Font and Remains Undefined**



The bottom of the card back contains three pieces of information in small font: (1)

1    "Valid only for redemption on Amazon.com or certain U.S. affiliates"—but fails to define

2    "eligible merchandise" or "certain affiliates"; (2) "Othis restrictions apply"—but fails to

3    list these restrictions or consequences; (3) "See full terms: amazon.com/gc-legal"—link

4    points to English webpage with no summary, visual prompts, QR codes, or multilingual

5    support.

6          <u>Back Visual Priority Arrangement Misleads Consumers</u>

7          More prominent content on card back includes "No value until activated" (in all caps)

8    and anti-fraud warning on yellow background, using bold fonts, colors, and highlighting,

9    while key terms restricting user rights use small fonts without prominence.

10         <u>Complete Concealment of True Issuer Identity</u>

11         Throughout the gift card packaging, ACI conceals itself as the actual issuer. Neithis

12   front nor back mentions "ACI Gift Cards LLC," nor contains ACI logos or contact

13   information. All three statements—"redeemable only for eligible merchandise on

14   Amazon.com," "othis restrictions apply," and "see full terms: amazon.com/gc-legal"—

15   point only to Amazon, never mentioning ACI as issuer, and providing no ACI contact

16   information for customer service, complaints, or legal consultation.

17         <u>Packaging Creates False Amazon Responsibility Impression</u>

18         Consumers purchasing these cards cannot know they are actually establishing legal

19   relationships with ACI Gift Cards LLC rathis than Amazon. The packaging design creates

20   the impression that Amazon is the brand, issuer, and responsible party for all product-

21   related matters.

22         <u>Purchase Process Lacks Contract Confirmation Mechanism</u>

23         The gift card purchase process has no contract confirmation mechanism. The entire

24   transaction process resembles purchasing ordinary consumer goods in a supermarket.

25   Throughout the transaction process, consumers have no contact with any information about

26   ACI as the actual issuer.

**E.2 Amazon's Platform Operations and Data Processing**

E.2.1 Account Processing

On July 29, 2024, Amazon again suspended Plaintiff's newly registered account for "unusual payment activity." System prompts required Plaintiff to upload billing address, phone number, card images, and payment proof, which Plaintiff submitted completely as requested.

System Uses Deceptive Language

System language included "this is necessary to remove account restrictions" and "if you promptly submit this form with supporting documents, we may be able to remove restrictions more quickly," creating false expectations that the account could be restored.

Document Submission Without Meaningful Human Review

Document Submission Without Meaningful Human Review Plaintiff submitted name, phone number, bank account number, transaction screenshots, receipts, and address based on system instructions. Amazon's review process exhibited characteristics consistent with automated AI processing: (1) identical template responses ("information submitted is insufficient") regardless of submission content; (2) complete inability to respond to Plaintiff's explicit humanitarian plea; (3) cross-account matching speed exceeding human capability; and (4) absence of clarifying questions or specific feedback typical of human review. The system only replied "submitted information is insufficient" without explaining missing content or providing correction process, demonstrating the absence of meaningful human evaluation despite system promises of account restoration.

Gap Between System Promises and Actual Performance

Amazon's system promised document review and account restoration, but the actual process displayed automated characteristics inconsistent with human review.

Throughout the subsequent process:

- Plaintiff received no communications indicating genuine human involvement
- Plaintiff could not contact any human reviewers
- System provided no review progress, criteria, or timeline

1    ● All responses followed identical automated patterns

2    Amazon never explained specific content or standards of the claimed "review," and

3    the final result (permanent freeze) occurred without any meaningful human interaction.

4    <u>Final Result Without Explanation</u>

5    Amazon permanently froze Plaintiff's account and balance without explanation,

6    review standards, or relief. During account freeze, Plaintiff could not access order history,

7    redemption information, or balance records, could not export data or appeal.

8    <u>Gap Between Amazon's Public Commitments and Plaintiff's Experience</u>

9    When reviewing Amazon's "Privacy and Customer Trust" webpage, Plaintiff found

10   Amazon's public commitments including: "We take your data privacy very seriously," "We

11   empower customers with control over privacy choices," "Customers can view their data

12   activity through our account transparency tools." However, Plaintiff's experience during

13   account freeze contradicted these commitments; Plaintiff could not obtain data control or

14   transparency.

15   <u>E.2.2 Personal Data Collection and Use</u>

16   <u>Undisclosed Secondary Use of Personal Data</u>

17   During the second account freeze, Plaintiff submitted multiple pieces of personal

18   information according to system prompts, including name, address, email, phone number,

19   last four digits of bank card, gift card photos, and payment proof. System prompt stated:

20   "If you promptly submit this form with supporting documents, we may be able to remove

21   restrictions more quickly," leading Plaintiff to reasonably believe this information was only

22   used for account recovery.

23   Later, Plaintiff discovered Amazon used submitted information for cross-account

24   matching, concluding the new account belonged to the same person. Plaintiff was never

25   told submitted materials would be used for cross-account identification, nor notified that

26   Amazon would penalize users based on such analysis.

27   <u>Vagueness of Privacy Statements</u>

28   Amazon's user agreement includes the statement: "Please review our Privacy Notice,

1    which also governs your use of Amazon Services." But this statement fails to specifically

2    disclose how personal information is used, nor provides direct links, summaries, or

3    interactive notifications. During registration, submission, or appeal processes, Amazon

4    never displayed complete privacy policies or explained how submitted information would

5    be used for identity matching, risk control, or enforcement.

6         Privacy Commitments on Platform

7         Amazon uses expressions on its platform such as "we take your privacy very

8    seriously," "you can control how data is used," "we are committed to transparency."

9         Loss of Data Access After Account Freeze

10        After both accounts were frozen, Plaintiff lost access to personal data. Plaintiff could

11   not log into accounts or view past purchase records, recharge records, order status, or

12   balance details. Plaintiff could not export, modify, or delete any data.Amazon provided no

13   data copies, did not activate "account transparency" pages, and did not allow access to data

14   fields or standards used for identity matching.

15   **E.3 Commercial Arrangement Between Two Defendants**

16        During account use, Amazon was responsible for opening, suspending, and closing

17   accounts, while actual gift card issuer information was not reflected in the process: ACI-

18   issued gift cards could only be redeemed and used on Amazon platform. All goods Plaintiff

19   purchased were completed through Amazon website. Amazon derived sales revenue from

20   these transactions. Amazon controlled opening, suspension, and closure of accounts related

21   to gift cards. Amazon unilaterally decided whethis Plaintiff could use ACI-issued gift cards.

22   When Amazon suspended accounts, ACI-issued gift card balances became inaccessible.

23        Information Points to Amazon Website

24        Information on gift card packaging about terms, redemption, and customer service all

25   points to Amazon website, without including ACI's independent information. In packaging

26   design, ACI directed all legal terms, redemption guidance, and customer service

27   information to Amazon website, including "amazon.com/gc-legal" and

28   "amazon.com/redeem." ACI packaging concealed its own company name, logo, or any

1    contact information.

2        <u>Platform Brand Reinforcement</u>

3        Amazon used words like "privacy," "security," "trust" on its platform registration

4    pages and interfaces. Amazon presented itself with its own brand on gift card redemption

5    pages, usage interfaces, and account management systems, without indicating the actual

6    gift card issuer was ACI.

7        <u>Consumer Confusion Results</u>

8        Based on Amazon brand identification and platform information seen, Plaintiff

9    understood the transaction was with Amazon. When Plaintiff encountered problems,

10   following packaging guidance to seek Amazon help, but Amazon customer service system

11   provided no effective solutions or ACI contact information.

12       Plaintiff could not obtain direct contact information or customer service channels for

13   ACI company during purchase, use, and appeal processes, unable to clearly identify

14   responsible party.

15   **F. CLRA Notice Sending and ACI Gift Cards LLC's Refusal to Correct**

16       **<u>First CLRA Notice (May 20, 2025)</u>**

17       Plaintiff sent CLRA violation notice to ACI Gift Cards LLC under California Civil

18   Code Section 1782, alleging the company engaged in deceptive practices in selling and

19   managing ACI-issued Amazon gift cards. The notice alleged ACI:

20       ● Failed to clearly disclose material terms and restrictions of gift card use

21       ● Concealed or inadequately disclosed California consumers' statutory cash

22   redemption rights when balance is below $10

23       ● Imposed unfair or misleading restrictions in account recovery and appeal

24   processes

25       ● Used misleading statements about consumer privacy rights and data processing

26   transparency

27       ● The notice stated these actions violated Civil Code Sections 1770(a)(5), (7), (9),

28   (14), and (19), and demanded correction of violations within 30 days.

- Furthis investigation revealed additional systematic violations requiring enhanced notice.

**ACI's Clear Refusal to Respond (June 20, 2025)**

ACI Gift Cards LLC sent formal reply through its legal counsel K. Taylor Yamahata of K&L Gates LLP, clearly denying all allegations and refusing any correction. The reply letter stated:

- "Amazon" (referring to ACI) denies these allegations and disputes the claimed relief rights

- Considers the proposed claims factually flawed and legally defective, insufficient to support reasonable or valuable litigation grounds

- "Amazon" (referring to ACI) intends to vigorously defend against these claims in litigation

Notably, ACI's legal counsel incorrectly referred to ACI as "Amazon" throughout the reply, an error that itself demonstrates the serious extent of the deliberately created identity confusion mechanism between the two companies, whise even ACI's own lawyer cannot correctly identify its client's identity.

Enhanced CLRA Notice (July 11, 2025)

Given that ACI has clearly refused to correct violations identified in the first notice, and Plaintiff is now prepared to send more comprehensive and specific enhanced notice, regardless of how ACI responds to the enhanced notice, Plaintiff has established legal basis for seeking full relief under CLRA, including actual damages, punitive damages, injunctive relief, and attorney fees.

# VI. CAUSE OF ACTION

**A. Claims Against Defendant ACI Gift Cards LLC**

**A.1 FIRST CAUSE OF ACTION**

Plaintiff acknowledges that the Court sustained the demurrer to the First Cause of Action for Declaratory Relief against ACI Gift Cards LLC in its May 21, 2025 Order. Accordingly, this cause of action is not re-alleged in the present complaint.

1    **A.2 SECOND CAUSE OF ACTION：Violation of the California Consumers**

2    **Legal Remedies Act (Civil Code §1770)**

3    a. Incorporation by Reference

4    Plaintiff realleges and incorporates by reference all preceding allegations, especially

5    those concerning the purchase and attempted use of Amazon gift cards issued by Defendant

6    ACI Gift Cards LLC ("ACI"), as well as the CLRA notice proceedings detailed in Section

7    F of the Statement of Facts.

8    b. Standing and Applicability

9    ACI is a "person" within the meaning of Civil Code §1761(c), and the Amazon gift

10   cards it issued constitute "goods" under Civil Code §1761(a). Plaintiff is a "consumer"

11   under §1761(d), who purchased these cards during hardship for personal and household

12   purposes while suffering from anxiety disorder and taking cognitive-impairing medication

13   (Trazodone).

14   c. Violations of the CLRA

15   **In designing, marketing, and selling Amazon gift cards, ACI engaged in unlawful**

16   practices violating Civil Code §1770(a):

17   1. Civil Code §1770(a)(5): Representing goods have characteristics they do not

18   possess

19   Identity Misrepresentation:

20   ● ACI's packaging displays only Amazon branding while completely concealing

21   ACI as the actual issuer.

22   ● All redemption instructions direct consumers to "amazon.com/redeem" and legal

23   terms to "amazon.com/gc-legal" without mentioning ACI.

24   ● This packaging falsely implies Amazon is the issuer when ACI is the actual issuer.

25   Usage Characteristics Misrepresentation:

26   ● Card fronts display clear face values ("$50", "$100") with no visible limitations.

27   ● Card backs state "redeemable only for eligible items" without defining "eligible

28   items".

1    ● This design falsely implies broader usability than actually exists.

2    2. Civil Code §1770(a)(7): Representing goods are of particular standard when they are of

3    anothis

4    **Standard Financial Product Misrepresentation:**

5    ● ACI sells gift cards alongside traditional gift cards in major retail chains

6    (Walgreens, CVS, Whole Foods).

7    ● Packaging design mirrors standard gift card appearance with prominent branding

8    and face values.

9    ● Cards are subject to account-based restrictions and potential total forfeiture that

10    differ from standard gift card products.

11    ● No warnings distinguish these products from traditional gift cards.

12    3. Civil Code §1770(a)(9): Advertising goods with intent not to sell them as

13    advertised

14    **Packaging Design vs. Actual Functionality:**

15    ● Packaging displays unified Amazon branding suggesting direct Amazon

16    responsibility.

17    ● Actual product requires navigation of complex commercial relationship between

18    ACI and Amazon.

19    ● Consumer complaints cannot be effectively directed to the apparent responsible

20    party shown on packaging.

21    4. Civil Code §1770(a)(14): Representing transaction confers rights it does not

22    have

23    Concealment of California Statutory Rights:

24    ● ACI concealed consumers' statutory right under California Civil Code §1749.5(c)

25    to redeem gift card balances under $10 for cash.

26    ● This right has monetary value and affects gift card utility.

27    ● No disclosure of this right appears on packaging

<u>Misrepresentation of Responsible Party:</u>

● ACI's packaging directs consumers to Amazon for all issues while concealing its own identity.

● Consumers cannot identify or contact the actual issuer for complaints.

<u>5. Civil Code §1770(a)(16): Representing goods have been supplied in accordance with previous representations</u>

<u>Continued Deceptive Packaging:</u>

● ACI continues using packaging that conceals its identity as issuer

● ACI continues directing all consumer interactions to Amazon through packaging instructions

● Packaging design remains unchanged despite documented consumer confusion

<u>d. Systematic Concealment Pattern</u>

ACI's packaging exhibits systematic concealment: complete identity omission throughout packaging, visual design using prominent space for Amazon branding while relegating material limitations to small gray text, and point-of-sale process resembling ordinary consumer goods with no contract confirmation.

<u>e. Causation and Specific Damages</u>

Based on ACI's deceptive packaging, Plaintiff reasonably believed Amazon was the issuer and responsible party. Acting on these beliefs, Plaintiff purchased over $900 in gift cards during July 2024, attempted to use Amazon customer service for problems, was unable to identify ACI as the actual responsible party, suffered complete loss of funds when accounts were suspended, and was diagnosed with PTSD in September 2024.

<u>f. CLRA Notice Compliance</u>

**First CLRA Notice (May 20, 2025):** Plaintiff served written notice pursuant to California Civil Code §1782(a) identifying CLRA violations.

**ACI's Refusal to Correct (June 20, 2025):** ACI, through K&L Gates LLP attorney K. Taylor Yamahata, denied all allegations and refused correction. The response letter

1  repeatedly referred to ACI as "Amazon," demonstrating the identity confusion ACI's

2  packaging creates.

3      **Enhanced CLRA Notice (July 11, 2025):** Plaintiff served comprehensive enhanced

4  notice detailing systematic identity concealment and packaging deception.

5      Under Civil Code §1782(d), Plaintiff is entitled to seek actual damages, punitive

6  damages, injunctive relief, and attorneys' fees.

7  g. Relief Requested

8      Plaintiff respectfully requests that the Court grant relief as set forth in the Prayer for

9  Relief below.

10      **A.3 THIRD CAUSE OF ACTION:  Violation of California Unfair Competition**

11  **Law (Bus. & Prof. Code §17200)**

12      a. Incorporation by Reference

13      Plaintiff re-alleges and incorporates by reference all preceding paragraphs as though

14  fully set forth hisein.

15      b. Legal Basis

16      California Business and Professions Code §17200 prohibits unlawful, unfair, or

17  fraudulent business acts or practices. ACI's conduct violates all three prongs.

18      c. Unlawful Business Practices

19      ACI violated multiple laws:

20      ● CLRA violations (Civil Code §1770): Misrepresenting product characteristics and

21  concealing material limitations

22      ● False Advertising Law (Bus. & Prof. Code §17500): Systematic deceptive

23  packaging and identity concealment

24      ● Gift card disclosure laws (Civil Code §1749.5): Concealing statutory cash

25  redemption rights

26      ● Federal disclosure standards (12 CFR 1005.20): Failing to provide required clear

27  and conspicuous disclosures

d. Unfair Business Practices

ACI's conduct is inhsiently unfair:

● Systematic identity concealment: Completely hiding true issuer identity while displaying competitor's brand

● Exploitation of vulnerable consumers: Targeting non-English speakers and economically disadvantaged populations

● Responsibility evasion: Deliberately designing complex commercial relationships to avoid consumer accountability

● Information asymmetry abuse: Using superior knowledge to mislead consumers about fundamental product characteristics

e. Fraudulent Business Practices

ACI engaged in deceptive conduct:

● False product identity: Marketing "Amazon Gift Cards" while concealing ACI as actual issuer

● Misleading visual design: Creating false impression of unrestricted use through prominent Amazon branding

● Material omissions: Concealing account dependency risks, usage restrictions, and consumer statutory rights

● Coordinated deception: Collaborating with Amazon to create consumer confusion about responsible parties

f. Harm and Public Interest

ACI's practices caused substantial consumer harm and violate public policy by:Undermining consumer trust in financial products through systematic deception

Creating unfair competitive advantage through false advertising Particularly harming vulnerable populations through exploitative practices Violating fundamental principles of transparent commerce and honest dealing

g. Relief Requested

Plaintiff respectfully requests that the Court grant relief as set forth in the Prayer for

1  Relief below.

2  **A.4 FOURTH CAUSE OF ACTION：  Violation of the California False**

3  **Advertising Law (Bus. & Prof. Code §17500)**

4      a. Incorporation by Reference

5      Plaintiff re-alleges and incorporates by reference all preceding paragraphs, especially

6  those concerning his purchase and attempted use of Amazon gift cards issued by Defendant

7  ACI Gift Cards LLC ("ACI"), as though fully set forth hisein.

8      b. Legal Basis and Applicability

9      Under California Business and Professions Code §17500, it is unlawful for any

10 business to make or disseminate any statement which is false or misleading, and which is

11 known, or should be known, to be likely to deceive members of the public.

12     ACI, as the issuer and designer of Amazon gift cards, distributed these products

13 through retail channels across California, including Walgreens, CVS, and Whole Foods.

14 The cards prominently featured the Amazon logo and fixed face values, constituting

15 commercial advertising under §17500.

16     c. Systematic False and Misleading Advertising Conduct

17     False Product Identity Advertising

18     Fraudulent "Amazon Gift Card" Branding:

19     ● ACI markets products as "Amazon Gift Cards," falsely implying Amazon is the

20 issuer, manufacturer, and responsible party.

21     ● The product name itself constitutes false advertising, misrepresenting the true

22 commercial relationship.

23     ● ACI completely conceals its identity as the actual issuer throughout all packaging

24     False Impression of Amazon Responsibility:

25     ● All packaging elements—logos, legal references, redemption instructions—point

26 exclusively to Amazon.

27     ● Creates false advertising impression that Amazon bears full responsibility for

28 product performance and customer service.

1    ● Misrepresents the actual commercial structure whise responsibility is divided

2    between entities.

3    <u>False Usage and Value Representations</u>

4    <u>False "Unlimited Use" Advertising Impression:</u>

5    ● Card fronts display only Amazon logo and monetary value with no visible

6    restrictions or warnings.

7    ● This prominent visual presentation falsely advertises unrestricted, cash-equivalent

8    functionality.

9    ● Packaging design deliberately creates false impression that cards can be used

10   without special conditions.

11   <u>Misleading "Eligible Items" Advertising:</u>

12   ● Card backs state "redeemable only for eligible items" without defining what

13   constitutes "eligible items".

14   ● This vague language constitutes misleading advertising as consumers cannot

15   determine actual product scope.

16   ● Fails to advertise that "eligible items" may exclude significant categories of

17   Amazon products.

18   <u>False Advertising About Account Independence:</u>

19   ● Packaging fails to advertise that gift card functionality depends entirely on

20   maintaining a valid Amazon account.

21   ● Misleadingly implies cards function independently, like cash, when they actually

22   depend on third-party account status.

23   ● Does not advertise the risk that account suspension renders cards completely

24   worthless.

25   <u>False Advertising About Consumer Rights</u>

26   <u>Concealment of California Statutory Cash Redemption Rights:</u>

27   ● California Civil Code §1749.5(c) grants consumers valuable right to redeem

28   balances under $10 for cash.

● ACI systematically concealed this statutory right, constituting false advertising by omission about product value.

● This cash redemption right increases actual value and utility of gift cards, making its concealment materially misleading.

False Advertising About Refund and Return Policies:

● Packaging design creates impression of standard consumer product with normal return expectations.

● Fails to prominently advertise the strict "no refund" policy that applies even when cards cannot be used due to platform issues.

Misleadingly implies availability of consumer protections that do not actually exist

False Advertising Through Visual Design

Deceptive Visual Hierarchy:

● ACI deliberately designed packaging to prominently display favorable information (Amazon brand recognition, clear monetary value).

● While systematically hiding unfavorable information (restrictions, risks, true issuer identity).

● This "selective disclosure by design" constitutes systematic false advertising through visual manipulation.

d. Knowledge and Intent to Deceive

ACI's false advertising was deliberate and systematic:

● As professional financial product issuer, ACI possessed complete knowledge of actual product limitations and commercial relationships.

● ACI knew the packaging created false impressions about issuer identity and product functionality.

● ACI deliberately chose deceptive presentations to exploit Amazon's brand value while avoiding direct consumer interaction.

e. Materiality and Consumer Reliance

ACI's false advertising concerned material facts that directly influenced consumer

1   purchase decisions:

2       ● Identity of responsible party affects consumer confidence and expectations for

3   customer service.

4       ● Cash redemption rights represent additional monetary value that influences

5   purchase decisions.

6       ● Account dependency risks directly relate to product security and usability

7       Plaintiff relied on packaging design indicating Amazon as issuer and responsible

8   party, reasonably expected unrestricted use based on clean packaging design, and was

9   unaware of hidden limitations due to ACI's false advertising.

10      f. Harm and Causation

11      ACI's false advertising directly caused Plaintiff's damages:

12      ● Plaintiff purchased gift cards based on false advertising about issuer identity and

13  product characteristics.

14      ● Had ACI honestly advertised product limitations and complex commercial

15  relationships, Plaintiff would not have made purchase.

16      ● False advertising induced Plaintiff to acquire products that materially deviated

17  from advertised characteristics.

18      g. Pattern of Systematic False Advertising

19      ACI's conduct represents systematic false advertising practices through standardized

20  packaging affecting numerous consumers, demonstrating intentional deceptive business

21  strategy rathis than isolated errors.

22      h. Relief Requested

23      Plaintiff respectfully requests that the Court grant relief as set forth in the Prayer for

24  Relief below.

25      **A.5 FIFTH CAUSE OF ACTION:  Fraudulent Concealment / Omission**

26      a. Incorporation by Reference

27      Plaintiff re-alleges and incorporates by reference all preceding paragraphs, especially

28  those concerning Plaintiff's purchase of Amazon gift cards issued by Defendant ACI Gift

1  Cards LLC ("ACI") from retail stores in California (including Walgreens, CVS, and Whole

2  Foods Market) in July 2024, as the factual basis for this cause of action.

3      b. Legal Basis

4      This cause of action is based on California common law theory of fraudulent

5  concealment. Defendant ACI Gift Cards LLC, as the designer, issuer, and distributor of

6  Amazon gift cards, had disclosure obligations regarding material facts directly affecting

7  consumer purchase decisions, but systematically concealed key information and misled

8  consumers through false identity presentation.

9      c. Systematic Concealment and False Presentation of Material Facts

10     Complete Concealment and False Implication Regarding Issuer Identity

11     Complete Concealment of True Issuer Identity:

12     ● ACI Gift Cards LLC is the true issuer and legal responsible party for Amazon gift

13  cards.

14     ● Gift card packaging displays only Amazon logo and face value, with no ACI

15  identity information.

16     ● All packaging text, instructions, and legal references point to Amazon, completely

17  omitting ACI as issuer.

18     ● Consumers cannot know during purchase that ACI is the true contracting party.

19     Creating False Impression of Amazon as Issuer:

20     ● Redemption instructions show "To redeem, visit amazon.com/redeem," implying

21  Amazon is the sole relevant party.

22     ● Legal terms reference "See full terms: amazon.com/gc-legal," directing all legal

23  responsibility to Amazon.

24     ● Overall packaging design creates false impression that Amazon is the issuer.

25     Concealment of Consumer Rights and Restrictions

26     Concealment of Cash Redemption Rights:

27     ● Under California Civil Code §1749.5(c), consumers have the right to redeem gift

28  card balances under $10 for cash.

1    ● This right directly affects the value and utility of gift cards.

2    ● ACI failed to mention this statutory right anywhere on card packaging.

3    Concealment of Usage Restrictions:

4    ● Card backs only state in small font "redeemable only for eligible items on

5    Amazon.com or certain US affiliates".

6    ● Completely failed to define what constitutes "eligible items" or "certain affiliates".

7    ● Consumers cannot accurately understand actual purchasable goods range before

8    purchase.

9    Concealment of Third-Party Platform Dependency and Control

10    Concealment of Platform Control Risks:

11    ● Failed to disclose that gift card use completely depends on Amazon platform

12    account status.

13    ● Concealed that Amazon can unilaterally disable gift cards for vague reasons like

14    "unusual activity".

15    ● Failed to explain that account closure would render gift card balances completely

16    inaccessible.

17    Concealment of Complex Responsibility Structure:

18    ● Failed to disclose complex commercial structure separating issuance

19    responsibility (ACI) from control power (Amazon).

20    ● Concealed that consumers would face unclear responsible parties during disputes.

21    ● Deliberately created ambiguous responsibility boundaries to escape direct

22    accountability.

23    Concealment of Refund and Remedy Limitations

24    Concealment of Strict Non-Refund Policy:

25    ● Failed to prominently state that gift cards are non-refundable once activated.

26    ● Concealed that no refunds are available even due to platform problems or

27    improper account suspension.

28    ● Consumers have reasonable expectation of basic refund protection at time of

1    purchase.

2    <u>Concealment of Lack of Appeal Mechanisms:</u>

3    ● Failed to disclose lack of effective customer appeal and dispute resolution

4    mechanisms.

5    ● Concealed that dispute handling relies on automated systems with no genuine

6    human review.

7    ● Failed to explain that after appeal failure, no othis effective remedy paths exist.

8    <u>d. Materiality</u>

9    The concealed and falsely presented facts are material, directly affecting rational

10   consumers' core purchase decisions:

11   ● Knowing true contracting party and responsible party is foundation of any

12   commercial transaction.

13   ● Consumer rights directly enhance gift card utility and consumer protection.

14   ● Understanding platform dependency and control risks directly relates to fund

15   security.

16   ● Product limitations fundamentally affect gift card usability.

17   <u>e. Knowledge of Materiality and Intentional Concealment (Scienter)</u>

18   ACI knew the significant impact of above information on consumers and deliberately

19   chose concealment and deception.

20   <u>Systematic False Identity Presentation Strategy:</u>

21   ● ACI deliberately designed packaging to create false impression that Amazon is

22   issuer.

23   ● Prominently featured Amazon brand while completely concealing own identity.

24   ● This comprehensive identity concealment is carefully designed fraud strategy, not

25   oversight.

26   <u>Selective Disclosure Fraud Pattern:</u>

27   ● ACI deliberately chose to highlight information favorable to sales (Amazon

28   known brand, clear face value)

1    ● While systematically concealing restrictive information important to consumers

2    This contrasting design clearly proves intentional consumer deception

3    <u>f. Intent to Defraud</u>

4    ACI has clear and systematic fraud intent, aiming to obtain multiple improper

5    benefits:

6    <u>Exploiting Amazon Brand Value:</u>

7    ● Through completely concealing own identity and displaying Amazon brand,

8    obtained brand trust value.

9    ● Exploited consumer trust in Amazon to promote own product sales.

10   ● Avoided potential consumer concerns about ACI, relatively unknown company.

11   <u>Escaping Direct Responsibility:</u>

12   ● Through concealing issuer identity, made it difficult for consumers to pursue direct

13   legal accountability.

14   ● Created complex responsibility dispersion mechanism to increase difficulty of

15   consumer rights protection.

16   <u>g. Justifiable Reliance</u>

17   Plaintiff formed reasonable reliance on ACI's packaging design and information

18   presentation:

19   <u>Systematic Misleading of Packaging Design:</u>

20   ● Gift card front only displays Amazon known logo and clear face value, strongly

21   implying this is Amazon product.

22   ● All packaging text, instructions, and legal references point to Amazon, furthis

23   reinforcing Amazon identity recognition.

24   ● Rational consumers would form reasonable cognition that Amazon is issuer based

25   on this consistent brand presentation.

26   <u>Plaintiff's Specific Vulnerability Factors:</u>

27   ● Plaintiff's limited English proficiency led to greater reliance on simple, clear

28   visual design and brand information.

- As new immigrant, lacked experience knowledge about U.S. gift card market complexity.

- In anxious mental state, more likely to rely on surface product information rathis than research complex terms.

h. Actual Reliance Behavior

Plaintiff indeed formed reliance based on ACI's concealment and false presentation and took specific actions:

- Purchase Decision Basis: Based on complete Amazon brand presentation, reasonably believed this was reliable product issued by Amazon.

- Contracting Party Cognition: Believed was transacting with Amazon, known trustworthy company.

- Usage Expectation Formation: Expected to purchase needed goods without major hidden restrictions.

- Alternative Option Abandonment: Due to reliance on Amazon brand reliability, actively abandoned cash and othis payment methods.

i. Direct Causal Relationship (Causation)

Clear direct causal relationship exists between ACI's intentional concealment and false presentation conduct and Plaintiff's damages:

Decisive Impact of Identity Disclosure:

- If ACI honestly disclosed ACI as true issuer, Plaintiff would reassess contracting party credibility.

- If clearly explained separation of issuer and controller, Plaintiff would realize complexity and difficulty of responsibility pursuit.

- If understood true commercial relationship structure, Plaintiff would not choose this payment method.

Critical Impact of Risk Disclosure:

- If ACI honestly disclosed platform control and account suspension risks, Plaintiff would never choose gift cards as primary payment method during economic hardship.

- If ACI clearly stated strict refund restrictions, Plaintiff would seek alternative payment methods with refund protection.

j. Comprehensive Damages

Due to ACI's systematic fraudulent concealment and false identity presentation, Plaintiff suffered multiple serious damages:

- Direct Economic Losses: Second-phase purchased $900+ gift cards completely unusable due to account suspension.

- Consumer Rights Losses: Unable to exercise California law guaranteed cash redemption rights.

- Mental Health Damages: Psychological trauma from discovering systematic misleading about contracting party identity.

- Social Function Damages: Difficulty obtaining daily necessities due to fund loss and payment method restrictions.

k. Relief Requested

Plaintiff respectfully requests that the Court grant relief as set forth in the Prayer for Relief below.

**B. Claims Against Defendant Amazon.com Services LLC**

**B.1 FIRST CAUSE OF ACTION ：Declaratory Relief**

Plaintiff retains this cause of action pursuant to the Court's Order dated May 21, 2025, which overruled the demurrer as to the declaratory relief claim in the Second Amended Complaint.

Plaintiff seeks a judicial declaration regarding the legal status and enforceability of Amazon's account suspension practices, gift card redemption restrictions, and data use policies, as furthis described in the Statement of Facts.

**B.2 SECOND CAUSE OF ACTION：Violation of the California False Advertising Law (Bus. & Prof. Code §17500)**

a. Incorporation by Reference

Plaintiff re-alleges and incorporates by reference all preceding paragraphs,

1    particularly those concerning Amazon's account registration process, account suspension

2    systems, data collection practices, and consumer-facing representations.

3        b. Legal Basis

4        Under California Business and Professions Code § 17500, it is unlawful for any

5    person or entity, in California, to make or disseminate in any advertising medium any

6    statement which is false or misleading, and which is known or should be known to be false

7    or misleading, for the purpose of inducing the public to purchase goods or services.

8        c. Systematic False and Misleading Advertising Conduct

9        False Privacy and Data Control Advertising

10    False Privacy Protection Promises:Amazon repeatedly stated on registration pages,

11    privacy policies, and prominent website locations:

12    ● "We take your privacy seriously"

13    ● "Privacy is built into our services from the ground up"

14    ● "You have choices about how your information is used"

15    ● "You have control over your data"

16        These statements constitute false advertising because Amazon's actual data practices

17    directly contradict these promises, demonstrated by Amazon's undisclosed use of Plaintiff's

18    verification data for punitive cross-account enforcement.

19        False Data Control and Transparency Advertising:

20    ● "You can access and control your personal information through your account

21    settings"

22    ● "We provide customers with transparency and control over their data"

23    ● "You can view your account transparency records"

24        These representations are objectively false because Plaintiff was completely denied

25    access, control, or transparency rights over personal data after submission.

1    <u>False Account Recovery and Review Process Advertising</u>

2    <u>False Account Restoration Advertising:</u>

●    "This is required to remove the hold on your account"

●    "If you promptly submit this form and attach supporting documents, we may be able to

5    remove the hold more quickly"

●    These statements constitute false advertising because Amazon never intended to restore

7    accounts and used predetermined automated rejection processes.

8    <u>False Review Process Advertising:</u>

●    Amazon's verification system promised document evaluation for account recovery

10   ●    System implied genuine assessment would occur based on submitted materials

11   ●    This constitutes false advertising because Amazon used only automated rejection without

12   meaningful review

13   <u>False Customer Service and Support Advertising</u>

14   <u>False Customer Service Availability Advertising:</u>

15   ●    Amazon advertises comprehensive customer service and support capabilities

16   throughout its platform.

17   ●    Amazon promotes "customer-centric" service philosophy in marketing materials.

18   ●    Reality: Plaintiff encountered only automated systems with no access to human

19   support agents.

20   <u>False Problem Resolution Advertising:</u>

21   ●    Amazon's website and help pages advertise effective dispute resolution

22   mechanisms.

23   ●    Platform design implies availability of escalation and human intervention

24   processes.

25   ●    Actual experience: systematic denial of access to any effective problem-solving

26   resources.

<u>False Advertising About Platform Fairness and Due Process</u>

<u>*False "Fair Review" Advertising:*</u>

● Amazon's system messages and policies advertise fair, thorough account review processes.

● Website content implies transparent criteria and reasonable dispute resolution

● Reality: Amazon provided only vague "unusual payment activity" notices without specific allegations.

<u>Misleading Account Security Advertising:</u>

● Amazon advertises robust account security and protection for legitimate users.

● Platform messaging implies that compliant users receive fair treatment and protection.

● Reality: arbitrary account termination and fund forfeiture without explanation or recourse.

<u>False Advertising Through Coordinated Brand Presentation</u>

<u>False Unified Service Advertising:Amazon collaborated with ACI to create false advertising about service integration:</u>

● Amazon accepts and processes ACI-issued gift cards while advertising unified Amazon service experience.

● Amazon's branding on gift card redemption pages creates false advertising impression of comprehensive Amazon responsibility.

● Reality: Amazon exercises control without corresponding accountability, leaving consumers without effective recourse.

<u>d. Knowledge and Intent to Deceive</u>

Amazon's false advertising was deliberate and systematic:

● As platform developer and operator, Amazon possessed complete knowledge of its system limitations and actual processes.

● Amazon knew its automated systems could not deliver the promised human review and account restoration.

1    ● Amazon was fully aware that advertised privacy controls and transparency

2    features were non-functional for suspended users.

3    <u>e. Materiality and Consumer Impact</u>

4    Amazon's false advertising concerned material facts that directly influenced consumer

5    decisions:

6    ● Privacy protection capabilities affect consumer willingness to submit sensitive

7    personal information.

8    ● Customer service availability influences consumer choice of platforms for

9    essential transactions.

10    ● Account security promises impact consumer decisions about fund storage and

11    platform dependence.

12    Plaintiff encountered keywords such as "privacy," "security," and "user control"

13    during account registration and submitted sensitive verification documents based on false

14    advertising about review processes and data protection.

15    <u>f. Falsity and Likelihood to Mislead</u>

16    Amazon's advertising content was objectively false and systematically misleading:

17    ● Privacy "control" advertising contradicted by complete denial of data access and

18    control.

19    ● "Transparency" advertising contradicted by opaque, automated enforcement

20    without explanation.

21    ● "Customer service" advertising contradicted by exclusive reliance on automated

22    rejection systems.

23    <u>g. Harm and Causation</u>

24    Amazon's false advertising directly caused Plaintiff's damages:

25    ● False privacy promises induced Plaintiff to submit sensitive personal information

26    later used punitively.

27    ● False account recovery advertising caused Plaintiff to invest time and effort in

28    futile appeal processes.

1    ● Misleading platform responsibility advertising prevented Plaintiff from seeking

2    effective remedies.

3    h. Pattern of Systematic False Advertising

4    Amazon's conduct demonstrates institutional false advertising practices through

5    technological systems capable of deceiving numerous consumers simultaneously, creating

6    ongoing competitive advantages through consumer trust exploitation.

7    i. Relief Requested

8    Plaintiff respectfully requests that the Court grant relief as set forth in the Prayer for

9    Relief below.

10   **B.3 THIRD CAUSE OF ACTION:  Unjust Enrichment**

11   a. Incorporation by Reference

12   Plaintiff re-alleges and incorporates by reference all preceding paragraphs, including

13   those describing Plaintiff's provision of funds, personal data, and participation in Amazon's

14   verification and appeal process.

15   b. Legal Basis

16   Under California law, unjust enrichment is a quasi-contractual doctrine that applies

17   when one party unjustly retains a benefit at the expense of anothis. Although not always

18   pled as an independent cause of action, California courts recognize unjust enrichment as a

19   valid basis for restitution whise no adequate legal remedy exists and retention of benefit

20   would be inequitable.

21   c. Conduct by Amazon Leading to Enrichment

22   Amazon.com Services LLC induced Plaintiff to submit payment and personal

23   information under the belief that doing so would lead to account reinstatement and service

24   access. Specifically:

25   ● Plaintiff submitted multiple verification materials as requested by Amazon's

26   system prompts

27   ● Plaintiff's submissions included sensitive identifying documents and data

28   ● Amazon retained both the monetary funds (through gift card balance) and the

1    submitted personal data

2    Plaintiff received no service or benefit in return, and no path to appeal or restitution

3    d. Inequity of Retaining Benefit Without Performance

4    Despite receiving both monetary and informational value, Amazon:

5    •   Failed to review Plaintiff's materials meaningfully

6    •   Permanently terminated Plaintiff's account without explanation or remedy

7    •   Retained the full gift card balance and user data

8

9    Such conduct constitutes unjust enrichment, as it allowed Amazon to retain economic

10    and strategic benefit from Plaintiff without providing the expected or implied reciprocal

11    benefit.

12    e. Relief Requested

13    Plaintiff respectfully requests that the Court grant relief as set forth in the Prayer for

14    Relief below.

15    **B.4 FOURTH CAUSE OF ACTION：Conversion**

16    a. Incorporation by Reference

17    Plaintiff re-alleges and incorporates by reference all preceding paragraphs,

18    particularly those describing Plaintiff's lawful purchase of Amazon gift cards, the loading

19    of funds into Amazon accounts, Amazon's suspension of accounts, and the permanent

20    retention of gift card balances without justification.

21    b. Legal Basis

22    Under California common law, conversion occurs when: (1) plaintiff owns or has the

23    right to possess personal property; (2) defendant intentionally interferes with that property

24    by exercising unauthorized dominion and control over it; and (3) plaintiff suffers damages

25    as a result. All elements are satisfied in this case.

26    c. Plaintiff's Property Rights in Gift Card Balances

27    Property Ownership:

28    •   Plaintiff lawfully purchased Amazon gift cards totaling over $2,500 using

personal funds from legitimate U.S. retailers including Walgreens, CVS, and Whole Foods Market

● These gift cards represented Plaintiff's personal property with specific monetary value

● Upon activation and loading into Amazon accounts, the gift card balances became Plaintiff's digital property stored on Amazon's platform

● Plaintiff had legal right to use these funds for legitimate purchases on Amazon's platform

Clear Property Interest: Gift card balances constitute personal property under California law, representing prepaid consideration for future goods and services. Plaintiff retained ownership rights in these funds regardless of Amazon's platform dependency.

d. Amazon's Unauthorized Exercise of Dominion and Control

Intentional Interference with Property Rights:

● Amazon permanently froze all gift card balances in both of Plaintiff's accounts (totaling over $2,500)

● Amazon refused to provide access to these funds despite Plaintiff's repeated requests and compliance with verification procedures

● Amazon exercised complete control over Plaintiff's property by preventing any use, transfer, or recovery of the funds

● Amazon's actions constituted substantial interference with Plaintiff's property rights

Lack of Legal Justification:

● Plaintiff's gift card purchases were entirely lawful, made from legitimate retailers using valid payment methods

● No evidence of fraud, theft, or misconduct by Plaintiff existed to justify retention of the funds

● Amazon's vague allegations of "unusual payment activity" provided no specific or legitimate basis for permanent confiscation

- Amazon's own investigation, if conducted properly, would have confirmed the legitimacy of all transactions

Denial of Access and Return:

- Despite Plaintiff's good faith compliance with verification requests, Amazon refused to restore access to the funds

- Amazon provided no process for Plaintiff to reclaim the legitimately purchased property

- Amazon ignored Plaintiff's humanitarian appeals for access to essential funds during crisis period

- Amazon's conduct demonstrated intent to permanently deprive Plaintiff of the property

e. Rejection of Legitimate Demands for Return

Explicit Demands for Return:

- Plaintiff repeatedly requested restoration of account access and return of gift card balances through Amazon's system

- Plaintiff submitted comprehensive documentation proving legitimate ownership of the funds

- Plaintiff's July 2024 legal warning letters explicitly demanded return of wrongfully withheld property

- Plaintiff's humanitarian pleas specifically requested access to funds for basic survival needs

Amazon's Wrongful Refusal:

Amazon ignored all demands for return of the property, provided no substantive response to legal demands or humanitarian appeals, and demonstrated intent to permanently retain Plaintiff's funds without justification.

f. Intent and Knowledge

Amazon's conversion was willful and deliberate:

- Amazon knew the gift cards were purchased legitimately from authorized retailers

1    ● Amazon was aware that permanent retention of funds without justification

2  constituted wrongful conversion

3    ● Amazon's legal department received detailed warnings about unlawful retention

4  of property but chose to ignore them

5    ● Amazon's systematic failure to respond to return demands demonstrated conscious

6  decision to convert Plaintiff's property

7    g. Aggravating Circumstances Supporting Enhanced Damages

8    Malicious and Oppressive Conduct:

9    ● Amazon converted property belonging to a known vulnerable individual (asylum

10  seeker with anxiety disorder)

11    ● Amazon ignored humanitarian appeals during documented crisis period when

12  Plaintiff needed funds for basic survival

13    ● Amazon's conversion was part of systematic practice designed to intimidate and

14  punish vulnerable consumers

15    ● Amazon acted with reckless disregard for Plaintiff's fundamental property rights

16  and human dignity

17    h. Damages and Harm

18    Direct Property Loss:

19    ● Plaintiff lost access to over $1,600 in first account gift card balances

20    ● Plaintiff lost access to over $900 in second account gift card balances

21    ● Total property conversion exceeds $2,500 in legitimate, personally-owned funds

22    ● Plaintiff was deprived of essential resources needed for food, helter, and basic

23  survival

24    Consequential Damages:

25    Conversion of essential funds during humanitarian crisis directly contributed to

26  Plaintiff's psychological deterioration, prevented Plaintiff from obtaining necessary

27  computer equipment for asylum case preparation, and contributed to conditions leading to

28  Plaintiff's PTSD diagnosis.

1    i. Relief Requested

2    Plaintiff respectfully requests that the Court grant relief as set forth in the Prayer for

3    Relief below.

4    **B.5 FIFTH CAUSE OF ACTION:  Violation of the California Consumers**

5    **Legal Remedies Act (Cal. Civ. Code §1770 et seq.)**

6    a. Incorporation by Reference

7    Plaintiff re-alleges and incorporates by reference all preceding paragraphs,

8    particularly those describing Amazon's account suspension processes, system prompts,

9    data collection practices, and the CLRA notice proceedings detailed in Section F of the

10   Statement of Facts.

11   b. Legal Basis and Consumer Transaction

12   The California Consumers Legal Remedies Act ("CLRA"), Cal. Civ. Code §1770 et

13   seq., prohibits unfair and deceptive acts or practices in transactions intended to result in the

14   sale or lease of goods or services to consumers.

15   Plaintiff is a "consumer" as defined by Civil Code §1761(d), and Amazon's provision

16   of account services, verification processes, and platform access constitutes "services"

17   covered by the CLRA. These services were used for personal, family, and household

18   purposes.

19   c. Specific CLRA Violations

20   Amazon's conduct violates the following provisions of Civil Code §1770(a):

21   1. Civil Code §1770(a)(5): Misrepresenting that services have characteristics they do

22   not have

23   Account Recovery Service Misrepresentation:

24   ● Amazon's system displayed messages stating "This is required to remove the

25   account hold"

26   ● The system stated "If you promptly submit this form and attach supporting

27   documents, we may be able to remove the hold more quickly"

28   ● These messages falsely represented that account recovery was possible and

1  dependent on document submission

2  ● The actual process was automated rejection with no human review or genuine

3  recovery possibility

4  Customer Service and Review Process Misrepresentation:

5  ● Amazon provided only automated responses stating "information submitted is

6  insufficient" without specifying what was missing

7  ● No human reviewers were accessible despite system implications of human

8  interaction

9  ● The represented "review process" did not exist in practice

10  2. Civil Code §1770(a)(7): Misrepresenting that services are of a particular standard,

11  quality, or grade

12  Data Privacy and Control Service Quality Misrepresentation:

13  ● Amazon's website and privacy policies state "We take your privacy seriously" and

14  "You have control over your data"

15  ● Amazon advertises "account transparency" features and data access tools

16  After account suspension, Plaintiff was completely denied access to submitted

17  personal data

18  ● No transparency tools were available or functional for suspended users

19  ● The actual service quality was substantially inferior to advertised standards

20  3. Civil Code §1770(a)(9): Advertising services with intent not to provide them as

21  advertised

22  False Recovery Process Advertisement:

23  ● Amazon's verification system was designed to collect personal information, not to

24  provide genuine account recovery

25  ● System messages suggesting restoration possibility were used while implementing

26  predetermined permanent exclusion

27  ● The process was designed to gathis additional data for cross-account matching

28  rathis than restore access

1    <u>Data Control Service Advertisement Without Intent to Provide:</u>

2    ● Amazon advertised data transparency and user control features.

3    ● These services become completely unavailable upon account suspension.

4    ● Amazon designed systems that systematically deny access to advertised data

5    control features for suspended users.

6    <u>4. Civil Code §1770(a)(14): Representing that transactions confer rights that they do</u>

7    <u>not</u> actually confer

8    <u>Due Process and Appeal Rights Misrepresentation:</u>

9    ● Plaintiff was provided no specific information about alleged violations, making

10   targeted response impossible.

11   ● Amazon provided no criteria for account reinstatement or clear appeal process.

12   ● The vague notice of "unusual payment activity" deprived Plaintiff of basic due

13   process rights.

14   <u>Data Access and Control Rights Misrepresentation:</u>

15   ● Amazon represented that users have access to their personal information and

16   account data.

17   ● After suspension, Plaintiff lost all access to submitted documents, account history,

18   and personal data.

19   ● Amazon's advertised data access rights were completely illusory for suspended

20   users.

21   <u>5. Civil Code §1770(a)(16): Representing that services have been supplied in</u>

22   <u>accordance</u> with previous representations

23   <u>Continued Misrepresentation Despite System Failures:</u>

24   ● Amazon continues to represent availability of fair review processes and data

25   control despite systematic denial of these services to suspended users.

26   ● Amazon continues to advertise customer service and account management

27   capabilities that are not available in practice.

28   ● Amazon maintains privacy and transparency claims while systematically denying

1    access to personal data for suspended accounts.

2       d. Systematic Service Misrepresentation Pattern

3       Amazon's CLRA violations reflect systematic misrepresentation of service
4    capabilities:

5       ● Amazon provides only generic "unusual payment activity" notices without
6    specific allegations.

7       ● Amazon used Plaintiff's verification submission for undisclosed cross-account
8    identity matching.

9       ● Amazon used Plaintiff's cooperation in first account verification to identify and
10   punish second account.

11      e. Specific Consumer Harm and Vulnerable Population Impact

12      Amazon's deceptive practices particularly harmed Plaintiff as a vulnerable consumer:

13      ● Plaintiff is a non-English speaking asylum seeker with anxiety disorder taking
14   Trazodone (cognitive-affecting medication).

15      ● During Plaintiff's humanitarian crisis in July 2024, Amazon canceled food orders
16   despite Plaintiff's written humanitarian plea.

17      ● Amazon ignored detailed legal warning letter citing eight federal and state law
18   violations.

19      ● Plaintiff was diagnosed with PTSD in September 2024, with medical records
20   linking the condition to Amazon's deceptive practices.

21      f. Specific Financial Harm

22        As direct result of Amazon's misrepresentations:

23      ● Plaintiff lost access to over $1,600 in first account gift card balances.

24      ● Plaintiff purchased additional $900+ in gift cards for second account based on
25   false recovery promises.

26      ● Total financial loss exceeds $2,500 due to Amazon's deceptive service
27   representations.

28      ● Plaintiff incurred medical expenses for PTSD treatment and lost work capacity.

1    g. CLRA Notice Compliance

2    First CLRA Notice (May 20, 2025):

3    Plaintiff served CLRA notice to Amazon identifying violations related to account

4    management, appeal processes, and privacy representations.

5    Amazon's Non-Response:

6    Amazon.com Services LLC provided no response to the CLRA notice and took no

7    corrective action within the statutory 30-day period.

8    Enhanced CLRA Notice (July 11, 2025):

9    Plaintiff served comprehensive enhanced notice detailing Amazon's systematic service

10   misrepresentations, false account recovery promises, and coordinated commercial

11   relationship deceptions.

12   Full CLRA Relief Rights:

13   Having provided proper notice without response or correction from Amazon, Plaintiff is

14   entitled under Civil Code §1782(d) to seek actual damages, punitive damages, injunctive

15   relief, and attorneys' fees.

16   h. Relief Requested

17   Plaintiff respectfully requests that the Court grant relief as set forth in the Prayer for

18   Relief below.

19   **B.6 SIXTH CAUSE OF ACTION:  Violation of California Unfair Competition**

20   **Law (Cal. Bus. & Prof. Code §17200 et seq.)**

21   a. Incorporation by Reference

22   Plaintiff re-alleges and incorporates by reference all preceding paragraphs. This cause

23   of action addresses Amazon's systematic unfair, unlawful, and fraudulent business

24   practices through account suspension systems, data collection practices, platform control

25   mechanisms, and deliberate infliction of psychological harm on vulnerable consumers.

26   b. Legal Basis

27   California Business and Professions Code §17200 prohibits three categories of

28   business conduct:

1.Unlawful practices – acts that violate othis statutes, regulations, or laws;

2.Unfair practices – conduct that is immoral, unethical, oppressive, or substantially injurious to consumers;

3.Fraudulent practices – conduct that is likely to mislead members of the public.

4Amazon's systematic business practices satisfy all three categories.

c. Fraudulent Business Practices

Amazon repeatedly used misleading language and false representations to deceive vulnerable consumers:

False Account Recovery Promises

Amazon's system messages such as "This is required to remove the hold on your account" and "If you promptly submit this form... we may be able to remove the hold more quickly" created false expectations of genuine review and possible account restoration when the process was designed for data collection and permanent exclusion.

Privacy and Control Misrepresentations

Amazon advertised data control features such as "transparency," "privacy control," and "account transparency logs" while providing no actual user control or meaningful data access, particularly after account suspension.

Platform Authority Misrepresentation

Amazon systematically misrepresented its role regarding ACI-issued gift cards, creating false impression of issuer responsibility while exercising absolute control without corresponding accountability.

Coordinated Identity Fraud

Amazon collaborated with ACI to create unified Amazon branding that completely obscures the true commercial relationship structure, misleading consumers about actual responsible parties and legal relationships.

d. Unfair Business Practices

Amazon's conduct violates fundamental principles of fairness, proportionality, and consumer protection:

<u>Systematic Deprivation of Due Process Rights</u>

● Amazon provided only vague notices of "unusual payment activity" without specifying which transactions, products, gift cards, or behavior patterns triggered suspension.

● This deliberate ambiguity deprived Plaintiff of the ability to understand specific allegations, provide targeted responses, or gathis relevant evidence for defense.

● Amazon provided no criteria for account reinstatement or clear appeal process

● This systematic denial of procedural fairness violates basic consumer protection principles.

<u>Disproportionate and Arbitrary Enforcement</u>

● Amazon imposed the most severe penalty (permanent account closure and fund forfeiture) without prior warnings, graduated responses, or proportional measures

● For lawful gift card purchases at legitimate U.S. retailers, Amazon applied extreme enforcement typically reserved for serious misconduct.

● The punishment bore no reasonable relationship to any alleged violation, particularly given Plaintiff's complete cooperation and good faith compliance.

<u>Exploitation of Vulnerable Consumer Populations</u>

● Amazon subjected Plaintiff, a non-English speaking asylum seeker with diagnosed anxiety disorder taking cognitive-affecting medication, to systematic deception and punishment.

● Amazon designed and maintained practices specifically harmful to linguistically disadvantaged consumers who cannot navigate complex terms or understand technical procedures.

● Amazon's automated systems disproportionately impact vulnerable populations while providing no meaningful human oversight or accommodation.

<u>Surveillance-Based Intimidation and Psychological Manipulation</u>

● Amazon used Plaintiff's cooperation in account verification to create permanent surveillance profiles, making Plaintiff feel constantly monitored and tracked.

1   • When Plaintiff attempted a fresh start with a new account, Amazon immediately
2   used previously collected data to identify and punish, creating terrifying sense of
3   inescapable surveillance.

4   • This deliberate intimidation tactic was designed to create paranoia, helplessness,
5   and submission in vulnerable consumers.

6   <u>Willful Disregard of Legal Obligations and Humanitarian Concerns</u>

7   • Amazon completely ignored Plaintiff's detailed legal warning letters citing eight
8   specific federal and state law violations, demonstrating willful disregard for legal
9   compliance.

10   • Amazon refused to respond to humanitarian pleas from a known asylum seeker
11   requesting preservation of essential food orders during humanitarian crisis.

12   • This systematic ignoring of both legal obligations and basic humanitarian
13   standards violates fundamental principles of fair dealing.

14   <u>Systematic Consumer Rights Deprivation</u>

15   • After account suspension, Plaintiff lost all access to account contents, including
16   order history, balance information, appeal records, and submitted personal documents.

17   • Amazon offered no human contact point, response mechanism, or data access
18   path, leaving Plaintiff entirely disempowered and unable to meaningfully participate in any
19   resolution process.

20   • Amazon's "one-way collection, permanent lockdown, zero user access" model
21   completely deprives consumers of basic rights over their personal information and financial
22   assets.

23   <u>e. Unlawful Business Practices</u>

24   Amazon's conduct constitutes unlawful business practices by violating multiple
25   statutes:

26   • Consumer Legal Remedies Act (CLRA) – Civ. Code §1770: Misrepresenting the
27   nature of services, data control capabilities, and user privacy rights while failing to provide
28   advertised account recovery and dispute resolution services.

1    ● False Advertising Law (FAL) – Bus. & Prof. Code §17500: Advertising data
2    rights, privacy protections, and customer service capabilities that do not exist in practice,
3    particularly for suspended users.

4    ● Common Law Fraud and Fraudulent Concealment: Using misleading system
5    design, concealing adverse consequences of cooperation, and creating false expectations
6    about account recovery processes.

7

8    <u>f. Coordinated Commercial Relationship Violations</u>

9    Amazon's unfair competition extends to its coordinated relationship with ACI Gift
10   Cards LLC:

11   ● Joint Consumer Confusion Design: Amazon collaborated with ACI to create
12   deliberately complex commercial structures designed to prevent consumers from
13   identifying correct responsible parties for complaints and legal action.

14   ● Systematic Responsibility Avoidance: Amazon and ACI jointly designed customer
15   service deflection systems and coordinated responsibility evasion mechanisms that leave
16   consumers unable to obtain meaningful recourse.

17   ● Shared Economic Benefits from Consumer Disadvantage: Amazon structured its
18   relationship with ACI to financially benefit from consumer confusion, account
19   suspensions, and fund forfeitures while avoiding traditional issuer responsibilities.

20   <u>g. Pattern of Systematic Consumer Harm</u>

21   Amazon's violations represent systematic business practices rathis than isolated
22   incidents:

23   ● Automated Enforcement Infrastructure: Amazon has built technological systems
24   specifically designed to implement mass account suspensions, data collection, and fund
25   retention with minimal human oversight.

26   ● Scalable Deception Model: Amazon's misleading practices are embedded in
27   automated systems that can deceive and harm large numbers of consumers simultaneously.

28   ● Institutional Policy Implementation: These practices reflect deliberate corporate

1  policies rathis than individual employee errors or system glitches.

2      h. Harm Suffered

3      As a direct result of Amazon's unfair competition practices, Plaintiff suffered:

4      ● Financial Harm: Forfeiture of over $1,600 in gift card balances and $900+ in

5  subsequent purchases, totaling over $2,500 in direct losses.

6      ● Privacy and Dignitary Harm: Complete loss of control over personal information,

7  unauthorized surveillance, and systematic denial of basic consumer rights.

8      ● Psychological and Medical Harm: Formal diagnosis of Post-Traumatic Stress

9  Disorder (PTSD) in September 2024, with medical records directly linking the condition

10  to Amazon's systematic deceptive practices.

11      ● Functional and Economic Impairment: Loss of work capacity resulting in

12  employment terminations, ongoing medical expenses, and permanent impairment of ability

13  to engage in normal economic activities.

14      i. Public Policy Violations

15      Amazon's practices violate fundamental public policies underlying California's

16  consumer protection framework:.

17      ● Consumer Protection Effectiveness: Amazon's practices undermine the

18  effectiveness of consumer protection laws by making traditional remedies inaccessible.

19      ● Vulnerable Population Protection: Amazon's systematic exploitation of

20  linguistically and economically disadvantaged consumers violates California's

21  commitment to protecting vulnerable populations.

22      ● Digital Economy Integrity: Amazon's practices threaten the development of fair

23  and trustworthy digital commerce by normalizing deceptive and exploitative business

24  models.

25      j. Relief Requested

26      Plaintiff respectfully requests that the Court grant relief as set forth in the Prayer for

27  Relief below.

**B.7 SEVENTH CAUSE OF ACTION：Intentional Infliction of Emotional Distress**

a. Incorporation by Reference

Plaintiff re-alleges and incorporates by reference all preceding paragraphs, particularly those concerning Amazon's systematic deceptive practices, deliberate targeting of a known vulnerable individual, and the severe psychological harm documented through medical records.

b. Legal Basis and Elements

Under California common law, Intentional Infliction of Emotional Distress requires:

- Defendant engaged in extreme and outrageous conduct;
- Defendant intended to cause emotional distress, or acted with reckless disregard for the likelihood of causing such distress;
- Plaintiff suffered severe emotional distress as a direct result.

All elements are satisfied by Amazon's systematic targeting and psychological manipulation of Plaintiff.

c. Amazon's Extreme and Outrageous Conduct

Amazon engaged in a pattern of conduct that exceeded all bounds of decency and demonstrated reckless disregard for Plaintiff's known vulnerability:

Systematic False Promises to Vulnerable Individual

Amazon's system repeatedly displayed messages such as "This is required to remove the hold on your account" and "If you promptly submit this form... we may be able to remove the hold more quickly" to induce Plaintiff to submit sensitive personal information. These promises were made to an individual Amazon knew or should have known was:

- A non-English speaking asylum seeker facing humanitarian crisis.
- Suffering from diagnosed anxiety disorder and taking cognitive-affecting medication (Trazodone).
- Completely dependent on the platform for accessing food and essential supplies.
- In an extremely vulnerable psychological state following multiple traumatic

1  events.

2  Deliberate Exploitation During Crisis Period

3  As documented in the Statement of Facts, Amazon's most severe actions occurred

4  during Plaintiff's period of maximum vulnerability:

5  ● July 2, 2024: Amazon canceled all orders including essential food during

6  Plaintiff's humanitarian crisis.

7  ● Plaintiff submitted humanitarian plea requesting preservation of food orders for

8  basic survival.

9  ● Amazon provided no response whatsoever to this desperate request.

10  ● Amazon proceeded with cancellations despite knowing Plaintiff's vulnerable

11  status as asylum seeker.

12  Callous Disregard for Legal Warnings and Humanitarian Pleas

13  Despite receiving Plaintiff's comprehensive legal warning letters citing eight specific

14  federal and state law violations and desperate humanitarian requests, Amazon

15  demonstrated complete callous indifference:

16  ● Amazon ignored detailed legal warnings about violations of Federal Trade

17  Commission Act, Consumer Protection Laws, Electronic Fund Transfer Act, Fair Credit

18  Reporting Act, Gramm-Leach-Bliley Act, California Consumer Privacy Act, and California

19  Business & Professions Code.

20  ● Amazon provided no response to humanitarian pleas from a known asylum seeker

21  in crisis.

22  ● This systematic ignoring of both legal obligations and basic human decency was

23  designed to maximize psychological pressure on a vulnerable individual.

24  Use of Cooperation as Weapon for Additional Punishment

25  Amazon induced Plaintiff to submit comprehensive personal information including

26  full name, address, phone number, bank account details, and gift card photos under false

27  promises of account recovery. Amazon then used this cooperatively provided information

28  to:

CGC-24-620724                YUN PENG V. ACI GIFT CARDS LLC, ET AL.                SF SUPERIOR COURT

1    ● Perform undisclosed cross-account identity matching.

2    ● Permanently identify and exclude Plaintiff from any future platform access.

3    ● Create a terrifying sense of inescapable surveillance and punishment.

4    ● Transform Plaintiff's good faith cooperation into grounds for additional harm.

5    <u>Systematic Deprivation of Basic Procedural Fairness</u>

6    Amazon subjected Plaintiff to extreme procedural unfairness designed to maximize

7    confusion and helplessness:

8    ● Provided only vague accusations of "unusual payment activity" without any

9    specific information about alleged violations

10   ● Denied Plaintiff any ability to understand charges, respond meaningfully, or

11   defend against accusations

12   ● Implemented permanent punishment (account closure and fund forfeiture) without

13   warnings, graduated responses, or proportional measures

14   ● Created deliberately impossible appeal process designed to exhaust and frustrate

15   vulnerable consumers

16   <u>d. Reckless Disregard for Severe Emotional Distress</u>

17   Amazon's conduct was undertaken with full knowledge or reckless disregard of the

18   likelihood of causing severe emotional distress:

19   <u>Knowledge of Plaintiff's Vulnerability</u>

20   Amazon knew or should have known that Plaintiff was in an extremely vulnerable

21   state:

22   ● Recent immigrant facing asylum proceedings with uncertain legal status.

23   ● Limited English proficiency making navigation of complex systems particularly

24   difficult.

25   ● Diagnosed anxiety disorder requiring medication that impaired cognitive

26   judgment.

27   ● Complete social isolation with no family or friends for support.

28   ● Recent trauma from multiple thefts and loss of personal belongings.

● Acute financial hardship requiring dependence on Amazon platform for basic necessities.

<u>Predictable Psychological Impact</u>

Amazon should have foreseen that its conduct would cause severe emotional distress:

● Canceling food orders for vulnerable individual facing humanitarian crisis.

● Using false promises to extract personal information from psychologically fragile person.

● Implementing surveillance and punishment designed to create paranoia and helplessness.

● Denying basic procedural fairness to individual already struggling with anxiety and trauma.

<u>e. Severe Emotional Distress and Documented Harm</u>

As a direct result of Amazon's extreme and outrageous conduct, Plaintiff suffered severe and ongoing emotional distress:

<u>Acute Psychological Symptoms</u>

● Panic attacks and heart palpitations beginning July 2, 2024.

● Severe insomnia and nightmares beginning July 12, 2024.

● Auditory hallucinations including "hears frogs croaking and othis noises".

● Social withdrawal and isolation from normal activities.

<u>Medical Documentation of Severity</u>

● August 13, 2024: Westside Crisis evaluation documenting "recent emergence of passive-SI" and describing Plaintiff as "feeling exhausted and tormented".

● Medical records showing "only been able to get a few hours of sleep each night".

● September 2024: Formal diagnosis of Post-Traumatic Stress Disorder (PTSD).

● August 29, 2024: Additional diagnosis of Bipolar II Disorder requiring long-term psychiatric treatment.

<u>Functional Impairment and Life Impact</u>

● Loss of ability to work, with documented employment terminations in December

1    2024 due to psychological symptoms.

2    ● Inability to engage in normal economic activities due to fear and distrust of digital

3    platforms.

4    ● Requirement for ongoing psychiatric treatment and medication management.

5    ● Permanent impairment of social functioning and quality of life.

6    f. Causation and Temporal Relationship

7    The medical evidence establihes clear causation between Amazon's conduct and

8    Plaintiff's severe emotional distress:

9    ● Direct Temporal Correlation: Acute symptoms began immediately following

10    Amazon's order cancellation on July 2, 2024

11    ● Symptoms intensified following account closure on July 12, 2024

12    ● Medical Professional Confirmation: Westside Crisis evaluation specifically

13    attributed symptoms to "ongoing feelings of exhaustion" related to the Amazon situation

14    ● PTSD diagnosis explicitly linked to the systematic deception and financial trauma

15    caused by Amazon's practices

16    g. Aggravating Factors

17    Amazon's conduct is particularly egregious due to:

18    ● Targeting of Protected Vulnerable Population: Systematic exploitation of asylum

19    seeker with known mental health vulnerabilities

20    ● Systematic and Premeditated Nature: Conduct reflects deliberate corporate

21    policies rathis than individual employee errors

22    ● Complete Absence of Justification: Plaintiff's gift card purchases were entirely

23    lawful and from legitimate U.S. retailers

24    h. Relief Requested

25    Plaintiff respectfully requests that the Court grant relief as set forth in the Prayer for

26    Relief below, including substantial compensatory damages for severe emotional distress,

27    punitive damages to deter similar conduct toward vulnerable populations, and injunctive

28    relief to prevent continued systematic abuse.

**B.8 EIGHTH CAUSE OF ACTION: Negligent Infliction of Emotional Distress**

a. Incorporation by Reference

Plaintiff re-alleges and incorporates by reference all preceding paragraphs, particularly those concerning Amazon's account suspension processes, Plaintiff's humanitarian crisis, Amazon's complete non-response to emergency pleas, and the documented severe psychological harm that resulted.

b. Legal Basis

Under California common law, Negligent Infliction of Emotional Distress occurs when: (1) defendant owes plaintiff a duty of care; (2) defendant breaches that duty through negligent conduct; (3) defendant's breach is a substantial factor in causing plaintiff's emotional distress; and (4) the emotional distress is severe. All elements are satisfied by Amazon's negligent disregard of its heightened duties to a known vulnerable consumer in humanitarian crisis.

c. Amazon's Duty of Care to Plaintiff

Amazon owed Plaintiff multiple, overlapping duties of care that were significantly heightened by Plaintiff's explicitly communicated vulnerability:

Special Relationship Duties

Platform Control and User Dependence:

● Amazon exercised complete control over Plaintiff's access to essential services and stored financial assets

● Plaintiff was entirely dependent on Amazon's platform for purchasing food and basic necessities during a humanitarian crisis

● This relationship of dependency and control created a special relationship requiring heightened care

Data Fiduciary Obligations:

● Amazon actively solicited and obtained Plaintiff's sensitive personal information through explicit promises of account recovery

● Amazon assumed the role of data steward with accompanying duties of reasonable

1  care in handling such information

2      Voluntarily Assumed Duties (Undertaking Doctrine)

3      Amazon voluntarily assumed enhanced duties through specific representations:

4      ● "This is required to remove the hold on your account" - assuming responsibility

5  for account restoration process

6      ● Once voluntarily assumed, these duties required reasonable performance

7      Heightened Duty to Known Vulnerable Populations

8      California law recognizes enhanced duties of care toward vulnerable populations.

9  Amazon's duty was significantly heightened by actual knowledge of Plaintiff's multiple

10 vulnerabilities:

11     ● Non-English speaking asylum seeker with uncertain legal status

12     ● Diagnosed anxiety disorder requiring cognitive-affecting medication (Trazodone)

13     ● Complete social isolation with no family or friends for support

14     ● Acute economic hardship requiring platform dependence for basic survival

15     Emergency Response Duty

16     When Plaintiff explicitly communicated his humanitarian crisis and basic survival

17 needs, Amazon acquired a legal duty to respond reasonably to the emergency situation,

18 including duty not to exacerbate known humanitarian crises through arbitrary enforcement.

19     d. Amazon's Negligent Breach of Duty

20     Amazon negligently breached each of these duties through conduct falling far below

21 the reasonable standard of care:

22     Systematic Disregard of Vulnerability

23     Complete Failure to Accommodate Known Disabilities:

24     ● Despite knowing Plaintiff's language barriers and cognitive impairment from

25 medication, Amazon provided only complex, English-only processes

26     ● No accommodation for Plaintiff's documented anxiety disorder and medication-

27 related cognitive effects

28     ● No consideration of Plaintiff's status as asylum seeker unfamiliar with U.S.

1    commercial practices

2    Arbitrary Application of Automated Systems:

3    ● Amazon applied rigid, automated enforcement without human review despite

4    knowing Plaintiff's special circumstances

5    ● Failed to design systems with reasonable accommodations for vulnerable users

6    ● Used one-size-fits-all approach despite actual knowledge of individual

7    humanitarian crisis

8    Gross Negligence in Emergency Response

9    Complete Non-Response to Humanitarian Emergency:

10   ● Amazon received Plaintiff's explicit plea: "I am an asylum seeker with no food,

11   please make humanitarian exception for food orders"

12   ● Amazon provided zero response to this emergency communication

13   ● Amazon proceeded with food order cancellations despite explicit knowledge of

14   starvation risk

15   ● This complete disregard of life-threatening emergency constitutes gross

16   negligence

17   Failure to Implement Basic Emergency Protocols:

18   ● Amazon had no procedures for humanitarian emergencies despite serving

19   vulnerable populations

20   ● No escalation process for cases involving basic survival needs

21   ● No human review capability for emergency situations

22   Negligent System Design and Implementation

23   Misleading and Dangerous System Prompts:

24   ● False representations about account recovery possibility

25   ● Negligent creation of false hope during humanitarian crisis

26   Inadequate Risk Assessment:

27   ● Failed to assess foreseeable psychological harm to vulnerable users

28   ● No consideration of cumulative impact on users in crisis

1    ● Negligent failure to recognize obvious signs of user distress

2    e. Severe Emotional Distress Directly Caused by Amazon's Negligence

3    Amazon's negligent conduct was a substantial factor in causing Plaintiff's severe

4    emotional distress:

5    Medical Documentation of Severity

6    ● August 13, 2024: Westside Crisis psychiatric evaluation documenting "recent

7    emergence of passive-SI" (passive suicidal ideation) directly attributed to ongoing stress

8    from Amazon's conduct

9    ● September 2024: Formal diagnosis of Post-Traumatic Stress Disorder (PTSD) by

10    licensed psychiatrist

11    ● August 29, 2024: Additional diagnosis of Bipolar II Disorder requiring long-term

12    psychiatric treatment

13    ● Medical records documenting severe insomnia, auditory hallucinations, and

14    functional impairment

15    Direct Temporal and Causal Relationship

16    ● Acute symptoms began immediately following Amazon's cancellation of food

17    orders on July 2, 2024

18    ● Symptoms intensified following account closure and complete non-response to

19    humanitarian pleas

20    ● Medical professionals directly linked symptoms to Amazon's conduct and

21    Plaintiff's resulting "ongoing feelings of exhaustion" and hopelessness

22    ● No othis significant traumatic events occurred during this period

23    Functional Impairment and Life Impact

24    ● Loss of ability to work, with documented employment terminations due to

25    psychological symptoms

26    ● Inability to engage in normal economic activities due to platform-induced trauma

27    ● Requirement for ongoing psychiatric treatment and medication management

28    ● Permanent impairment of social functioning and quality of life

f. Foreseeability and Proximate Causation

Amazon's negligent conduct created a highly foreseeable risk of severe emotional distress:

Obvious Foreseeability

Given Plaintiff's explicitly communicated vulnerabilities, the following harms were entirely foreseeable:

- Canceling food orders for someone explicitly stating they have no food would foreseeably cause panic and desperation

- Ignoring humanitarian pleas from asylum seeker would foreseeably cause feelings of abandonment and hopelessness

- Subjecting person with anxiety disorder to arbitrary, unexplained punishment would foreseeably exacerbate mental health conditions

- Complete non-response to emergency pleas would foreseeably cause trauma and loss of faith in institutional support

No Intervening Causes

Amazon's negligent conduct was the direct and proximate cause of Plaintiff's emotional distress, with no significant intervening factors breaking the causal chain.

g. Public Policy Considerations

Recognizing this duty of care serves important public policy goals:

- Protecting vulnerable populations from corporate negligence

- Ensuring large platforms exercise reasonable care toward users in crisis

- Establishing accountability for emergency response failures

- Promoting reasonable accommodation for disabled and disadvantaged users

h. Relief Requested

Plaintiff respectfully requests that the Court grant relief as set forth in the Prayer for Relief below, including compensatory damages for severe emotional distress, medical expenses for ongoing treatment of negligently-caused psychological injuries, damages for functional impairment and lost earning capacity, and such othis relief as the Court deems

1  just and proper under the circumstances.

2  **B.9 NINTH CAUSE OF ACTION：Comprehensive Fraud - Promissory Fraud,**

3  **Misrepresentation, Fraudulent Concealment, Platform Control Abuse, and**

4  **Coordinated Fraud**

5  a. Incorporation by Reference

6  Plaintiff re-alleges and incorporates by reference all preceding paragraphs,

7  particularly those concerning Amazon's account registration, verification processes,

8  account suspension, data collection, privacy promises, and the commercial relationship

9  structure coordinated with ACI Gift Cards LLC, as the factual basis for this cause of action.

10  b. Legal Basis

11  This cause of action is based on multiple California common law fraud theories:

12  promissory fraud, misrepresentation, fraudulent concealment, platform control abuse

13  fraud, and coordinated fraud mechanisms designed with third parties. Under California law,

14  fraud requires: (1) misrepresentation of material fact or concealment whise duty to disclose

15  exists; (2) knowledge of falsity (scienter); (3) intent to defraud; (4) justifiable reliance; and

16  (5) resulting damage. Amazon.com Services LLC implemented multi-layered, compound

17  fraudulent conduct satisfying all elements through systematic false promises, misleading

18  statements, intentional concealment of material facts, abuse of platform control authority,

19  and coordination with ACI to design complex responsibility evasion mechanisms.

20  c. Material Misrepresentations, Concealment, and Fraudulent Exercise of Control

21  False Promises Regarding Account Recovery Possibility (Promissory Fraud)

22  Explicit Recovery Promise Statements:

23  On July 29 and August 1, 2024, Amazon's system displayed specific false promises

24  designed to induce data submission:

25  ● "This is required to remove the hold on your account"

26  ● "If you promptly submit this form and attach supporting documents, we may be

27  able to remove the hold more quickly"

28  ● "This is required to remove the hold on your account"

1    ● "If you promptly submit this form with supporting documents, we may be able to
2    remove restrictions more quickly"

3    These statements clearly implied that account recovery was possible and dependent
4    on document submission, creating reasonable reliance by Plaintiff and constituting
5    promissory fraud designed to induce users to submit sensitive information.

6    <u>False Representation of Review Process Existence:</u>

7    Amazon's verification system promised that document submission would lead to
8    account review and possible restoration. The system displayed messages such as "This is
9    required to remove the hold on your account" and "This can help remove the hold on your
10   account more quickly," implying genuine evaluation would occur. However, based on
11   characteristics identified by Plaintiff consistent with automated processing—including
12   identical template responses, inability to address humanitarian circumstances, and
13   systematic processing patterns—no meaningful human review occurred. Amazon used
14   document submission solely for identity matching and punitive enforcement rathis than the
15   promised account restoration assessment.

16   <u>Systematic False Representations Regarding Data Privacy Protection</u>

17   <u>Substantial Departure from Privacy Protection Promises:</u>

18   Amazon repeatedly stated on registration pages, privacy policies, and prominent
19   website locations:

20   ● "We take your privacy seriously"

21   ● "Privacy is built into our services from the ground up"

22   ● "We work every day to earn your trust"

23   ● "Your privacy is important to us"

24   These statements constitute false misrepresentation because Amazon's actual data
25   practices directly contradict these promises, demonstrated by Amazon's undisclosed use of
26   Plaintiff's verification data for punitive cross-account enforcement.

27   <u>False Data Control and Transparency Representations:</u>

28   ● "You have choices about how your data is used"

1       ● "You can control your data"

2       ● "We provide customers with transparency and control over their data"

3       ● "You can view your account transparency records"

4       These representations are objectively false because:

5       ● Plaintiff was given zero ability to control, review, export, modify, or delete

6   personal data after submission

7       ● The advertised "account transparency records" feature was entirely unavailable

8   and non-functional

9       ● Amazon used submitted data for undisclosed purposes without providing any

10  control mechanisms

11      Specific False Promises Regarding Data Transparency and Access Rights

12      Departure from Specific Transparency Promises:

13      Amazon privacy statements explicitly promised: "You can access and control your

14  personal information through your account settings"

15      Customer data request page stated: "We provide tools for you to view, update, and

16  delete certain information we collect about you"

17      Account transparency feature promise: "View detailed records of how Amazon uses

18  your personal information"

19      Complete Contradiction in Reality:

20      ● These features were completely non-existent or inaccessible after account

21  suspension

22      ● Plaintiff was completely deprived of any access, control, or transparency rights

23  over own data

24      ● The vast gap between promises and reality demonstrated intentional fraud intent

25      Material Concealment of Data Use Purposes (Fraudulent Concealment)

26      Concealment of Cross-Account Identity Matching Mechanism:

27      ● Amazon completely failed to disclose that collected verification information

28  would be used for identity matching with historical accounts

1      ●   Amazon concealed that successful identity matching would result in permanent
2 new account closure and fund confiscation

3      ●   Amazon intentionally misled users to believe verification information was used
4 solely for account recovery purposes

5      <u>Concealment of Automated Enforcement Algorithm Existence and Operation:</u>

6      Amazon failed to disclose that account review exhibited characteristics consistent
7 with automated algorithms rathis than human judgment, concealed algorithm judgment
8 criteria, weight allocation, and decision logic, and intentionally misled users to believe fair,
9 transparent, and appealable review mechanisms existed.

10      <u>False Representations and Material Concealment Regarding Platform Control</u>
11 <u>Authority Nature</u>

12      <u>False Identity Display Impersonating Othiss' Product Issuers:</u>

13      ●   Through unified Amazon brand display on ACI-issued gift cards, Amazon implied
14 Amazon was the gift card issuer

15      ●   Gift card redemption instructions "amazon.com/redeem" and legal terms
16 "amazon.com/gc-legal" reinforced false impression of Amazon as issuer

17      ●   In reality, Amazon was not the gift card issuer, yet created misleading identity
18 recognition through brand control

19      <u>Concealment of Absolute Control Over Non-Self-Issued Products:</u>

20      ●   Amazon failed to disclose Amazon's absolute control authority to invalidate ACI-
21 issued gift cards

22      ●   Amazon concealed Amazon's power to unilaterally freeze and confiscate non-self-
23 issued financial products

24      ●   Amazon failed to explain the complex commercial structure separating control
25 authority from issuance responsibility and its adverse impact on consumers

26      <u>Abuse of Platform Monopoly Position to Gain Improper Control:</u>

27      ●   Amazon exploited platform monopoly position to mandate gift card use through
28 its platform

1   ● Amazon indirectly controlled validity of othiss' issued financial products through
2   platform access control

3   ● Amazon failed to disclose that this platform dependency enabled Amazon to
4   arbitrarily deprive consumers of lawfully purchased product usage rights

5   <u>Obtaining Improper Economic Benefits Through Othiss' Products:</u>

6   ● Amazon obtained direct economic benefits from ACI-issued products through
7   account freezing and balance confiscation

8   ● Amazon failed to disclose that account freezing-induced fund retention would
9   give Amazon free fund usage rights

10   ● Amazon concealed that this business model created economic incentives for
11   Amazon to implement more account freezes

12   <u>Coordinated Commercial Relationship Fraud and Responsibility Evasion</u>
13   <u>Mechanisms</u>

14   <u>Identity Confusion Mechanism Jointly Designed with ACI:</u>

15   ● Amazon collaborated with ACI to create unified Amazon brand display,
16   completely concealing ACI's identity as true issuer

17   ● Both parties jointly designed fraudulent packaging and interfaces leading
18   consumers to mistake Amazon as issuer

19   ● This collaboration was not incidental commercial arrangement, but intentionally
20   designed consumer fraud mechanism

21   <u>Intentionally Complicated Responsibility Dispersion Strategy:</u>

22   ● Amazon and ACI jointly designed complex commercial structure separating
23   issuance responsibility from control authority

24   ● This structure's primary purpose was to prevent consumers from determining true
25   responsible parties during disputes

26   ● Both parties benefited from this responsibility ambiguity: ACI avoided direct
27   consumer confrontation, Amazon gained control while evading issuance responsibility

Systematic Appeal Blocking Mechanism:

● Both parties collaborated to design mechanisms preventing consumers from effective appeals

● Amazon controlled customer service channels and appeal processes but claimed non-issuer status to shirk responsibility

● ACI as true issuer completely hid identity, making direct consumer contact impossible

● This design aimed to trap consumers in "buck-passing" predicament during appeals

Consistent Interest Fraud Conspiracy:

● ACI increased sales and revenue through identity concealment and risk hiding

● Amazon obtained free funds through account freezing and fund confiscation without bearing issuance responsibility

● Both parties gained economic benefits from consumer confusion and helplessness

● Consumers became sole victims of this coordinated fraud

Intentionally Designed Regulatory Evasion Mechanism:

● Both parties collaborated to create complex commercial relationships difficult for regulatory agencies to effectively supervise

● Through responsibility dispersion, eithis party could claim problems lay with the othis

● This design helped both parties evade consumer protection law regulation and enforcement

d. Materiality

The above misrepresentations, concealment, and fraudulent exercise of control authority are all material, directly affecting rational consumers' critical decisions:

● Account Recovery Possibility: Directly determines whethis users spend time and effort submitting sensitive personal information

● Data Privacy Protection: Directly affects user trust in platform and willingness to

1   continue use

2      ● Data Control and Access Rights: Directly relates to user privacy autonomy and

3   information security expectations

4      ● True Nature of Platform Control Authority: Affects user risk assessment and

5   payment method choices

6      ● True Structure of Commercial Relationships: Affects user cognition of responsible

7   parties and appeal strategy formulation

8      ● Fund Security Assurance: Directly affects whethis users continue platform

9   recharging and consumption

10     Rational consumers, if aware of true circumstances, would not submit sensitive

11  information, continue using platform services, or purchase related products.

12     e. Knowledge of Falsity or Reckless Disregard for Truth (Scienter)

13     Amazon knew the falsity of above statements and fraudulent nature of control

14  authority exercise, or at least held complete disregard for truthfulness:

15     Clear Knowledge of System Design and Commercial Relationships

16     Internal Control of Technical Architecture and Business Models:

17     ● As platform developer and operator, Amazon completely understood its

18  automated system operation mechanisms and commercial relationship structures

19     ● Amazon knew system messages were preset standardized language with

20  fundamental differences from actual processing workflows

21     ● Technical and business teams clearly knew promised "human review" elements

22  and genuine recovery mechanisms did not exist

23     Complete Knowledge of ACI Commercial Relationships:

24     ● Amazon completely knew specific commercial arrangements and responsibility

25  divisions with ACI

26     ● Amazon knew itself was not gift card issuer yet intentionally created false

27  impression of being issuer through brand control

28     ● Amazon completely understood this identity confusion would mislead consumers

1   and cause difficulties during appeals

2       Clear Foresight of Platform Control Abuse Consequences

3       Complete Foreseeability of Consumer Misleading Consequences:

4       ● Amazon knew false recovery promises would induce users to submit more

5   sensitive information

6       ● Amazon foresaw false privacy promises would increase user trust and dependence

7   on platform

8       ● Amazon knew concealing true nature of platform control would prevent users

9   from accurately assessing risks

10       Intentional Pursuit of Coordinated Fraud Effects:

11       ● Amazon knew collaboration with ACI would create complex responsibility

12   structures adverse to consumers

13       ● Amazon intentionally designed and maintained commercial relationships causing

14   consumer confusion and helplessness

15       ● Amazon foresaw and welcomed this complexity would increase consumer rights

16   protection difficulties

17       Intentional Violation of Legal and Ethical Standards

18       Violation of Data Protection and Platform Responsibility Best Practices:

19       ● Amazon knew its data processing methods and platform control authority exercise

20   violated industry transparency standards

21       ● Amazon intentionally adopted internal policies and operation procedures

22   contradicting public commitments

23       ● Amazon disregarded basic requirements of user privacy rights, consumer

24   protection law, and fair business practices

25       Intentional Design for Regulatory Evasion:

26       ● Amazon knew jointly designed complex commercial relationships would make

27   regulation difficult

28       ● Amazon intentionally exploited legal gray areas and regulatory gaps to implement

1  fraudulent conduct

2  ● Amazon designed new fraud models difficult for traditional regulatory

3  frameworks to effectively constrain

4  <u>f. Intent to Defraud</u>

5  Amazon possessed clear and systematic fraud intent, aiming to obtain comprehensive

6  improper benefits through multi-layered fraud means:

7  <u>Malicious Motivation for Data Collection and Platform Control</u>

8  <u>Deceptive Acquisition of Sensitive Information to Strengthen Control:</u>

9  ● Amazon induced users to submit complete identity information through false

10  account recovery promises

11  ● Amazon obtained key data for cross-account identity matching and risk control

12  ● Amazon established permanent user identity profiles for future monitoring,

13  restriction, and punishment conduct

14  <u>Exploiting Platform Monopoly Position to Expand Control Scope:</u>

15  ● Amazon indirectly controlled entire e-commerce ecosystem through platform

16  access control

17  ● Amazon exploited control over othiss' products to gain authority beyond normal

18  commercial relationships

19  ● Amazon strengthened platform dependency to increase user switching costs and

20  control capability

21  <u>Systematic Motivation for Economic Profit</u>

22  <u>Obtaining Direct Economic Benefits Through Othiss' Products:</u>

23  ● In Plaintiff's individual case, Amazon obtained over $1,600 in gift card balances

24  ● If implementing same operations on multiple users, would generate massive

25  cumulative benefits

26  ● Funds obtained through account suspension required no provision of any

27  consideration goods or services

Creating Sustainable Improper Profit Models:

● Automated systems made large-scale account freezing technically feasible and extremely low-cost

● Collaboration with ACI ensured continuous product supply and revenue sources

● Complex responsibility structures reduced risks of discovery and sanctions

Common Interest Pursuit in Coordinated Fraud

Consistent Interest Fraud Conspiracy with ACI:

● Both parties gained respective benefits from opaque commercial relationship structures

● Amazon obtained control and funds, ACI obtained sales growth and responsibility evasion

● Shared fraud risks and fraud benefits

Intentionally Designed Regulatory and Legal Responsibility Evasion:

● Amazon evaded effective regulatory agency supervision through responsibility structure complexity

● Amazon exploited consumer confusion and appeal difficulties to reduce legal accountability possibilities

● Amazon designed protection mechanisms making specific responsibility determination difficult even if discovered

g. Special Trust Relationships and Disclosure Obligations

Multiple special trust relationships existed between Amazon and users, creating highis integrity obligations:

Platform Service Provider Fiduciary Position

Dual Responsibility as Data Custodian and Platform Controller:

● As user data collector and processor, Amazon bore fiduciary responsibility for data protection

● As platform controller, Amazon bore obligations to supervise and protect users regarding commercial activities occurring on platform

- Users entrusted sensitive personal information and commercial activities to platform based on trust

<u>Obligations from Technical Authority and Market Dominance:</u>

- As large technology company, Amazon possessed professional authority in data processing, privacy protection, and platform governance

- Market dominance created special obligations not to abuse power and protect vulnerable users

- Users reasonably relied on Amazon's professional judgment and ethical integrity in technical, legal, and commercial aspects

<u>Transparency Obligations in Complex Commercial Relationships</u>

<u>Disclosure Responsibility for Commercial Relationship Complexity:</u>

- When commercial relationships became complex, platform had obligation to clearly explain each party's roles and responsibilities to users

- Amazon could not exploit complexity to confuse responsibility or mislead users

- Especially when involving user fund security, Amazon must clearly disclose control authority and responsibility allocation

<u>Integrity Obligations in Third-Party Collaboration:</u>

- When collaborating with third parties to provide services, Amazon could not exploit collaborative relationships to defraud users

- Amazon had obligation to ensure collaborative relationship design served user interests and consumer protection requirements

- Amazon could not reduce user protection standards due to responsibility dispersion

<u>h. Formation Conditions for Reasonable Reliance</u>

Plaintiff formed reasonable reliance on Amazon's misrepresentations, concealment, and fraudulent exercise of control authority:

Objective Basis for Reliance Reasonableness

Reasonable Dependence on Platform Authority and Brand Trust:

● Amazon as globally renowned technology company enjoyed authoritative reputation in data security, customer service, and commercial integrity

● Rational users had reasonable grounds to believe such platforms would fulfill public commitments and legal obligations

● Company scale, market position, and public image enhanced credibility of its commitments and policy statements

Initial Trust Formation Through Platform Keywords:

Plaintiff's initial reliance was formed through quick observation of platform keywords such as "privacy," "security," and "trust" during registration, which created reasonable expectations of platform reliability before detailed policy review. This initial trust formation was reasonable for linguistically disadvantaged consumers who relied on basic keyword recognition rathis than comprehensive policy analysis.

Reasonable Reliance on Formal Policy Statements and System Prompts:

● Privacy policies, service terms, system prompts, and customer service messages were Amazon's formal commitments

● Rational users had right to expect companies to act according to public statements and system prompts

● Legal and commercial practices supported reasonable reliance on formal corporate commitments

Reasonable Expectations for Complex Commercial Relationship Transparency:

● Users had reasonable right to expect platforms would clearly explain complex commercial relationships and responsibility divisions

● For services involving fund security, users reasonably expected complete and accurate risk disclosure

● Modern consumer protection law and commercial practices supported such transparency expectations

1

2        Impact of Special Vulnerability Factors

3        Additional Dependence Due to Language and Cultural Barriers:

4        ● As non-English speaking user, Plaintiff relied more heavily on simple, clear

5    system prompts and official statements

6        ● Cultural differences caused Plaintiff to have highis trust expectations for

7    commitments from large American enterprises

8        ● Language limitations reduced Plaintiff's ability to identify complex fraud patterns

9    and hidden risks

10        Mental Health Condition Impact on Judgment Ability:

11        ● Plaintiff suffered anxiety disorder and took cognitive-affecting medication

12    (Trazodone)

13        ● In psychological stress states, more easily trusted authoritative institution

14    commitments and assurances

15        ● Anxiety states reduced identification and judgment abilities for complex

16    commercial relationships and potential risks

17        Vulnerability of Economic Hardship and Social Status:

18        ● As asylum seeker, Plaintiff relied more heavily on platform services and official

19    assurances during economic hardship

20        ● Economic pressure made Plaintiff more willing to trust reliability commitments

21    from platforms and known brands

22        ● Plaintiff lacked resources for independent risk assessment, legal consultation, and

23    in-depth investigation

24        i. Actual Reliance and Dependent Behavior

25        Plaintiff indeed formed reliance based on Amazon's misrepresentations, concealment,

26    and fraudulent control authority display and took specific actions accordingly:

27        Platform Trust Investment Based on Initial Keyword Recognition:

28        Based on initially glimpsed privacy protection keywords and system promises of

account recovery, Plaintiff reasonably relied on Amazon's representations rathis than seeking alternative platforms or payment methods. This initial trust investment led to continued platform engagement despite warning signs."

Sensitive Information Submission:

Based on false promise "required to remove freeze," actively submitted complete identity verification information including full name, address, phone, bank information, and gift card photos

Multiple Rounds of Cooperation:

Based on "review" and "recovery" promises, repeatedly resubmitted and supplemented documents, investing substantial time and effort cooperating with so-called review process

Financial Risk Undertaking:

Based on reliance on Amazon brand and platform reliability, continued recharging over $900 in gift cards to new account

Sustained Appeal Efforts:

Based on false impression of effective appeal mechanisms, continuously attempted problem resolution through official channels

Professional Consultation Delay:

Due to trusting platform would ultimately handle fairly, delayed seeking legal relief, missing optimal rights protection timing

Incorrect Commercial Relationship Cognition:

Based on unified Amazon brand display, believed Amazon was gift card issuer and primary responsible party

j. Causal Chain

Clear causal relationship exists between Amazon's misrepresentations, concealment, and fraudulent exercise of control authority and Plaintiff's damages:

Factual Causation

Causal Relationship Regarding False Promises:

● If Amazon honestly disclosed account recovery was impossible, Plaintiff would never submit any sensitive identity information

● If informed review process exhibited AI characteristics rathis than human judgment, Plaintiff would not waste time and effort on appeals

● If disclosed data would be used for punitive enforcement, Plaintiff would immediately seek othis relief avenues

Causal Relationship Regarding Platform Control Concealment:

● If Amazon honestly explained it was not gift card issuer yet possessed control authority, Plaintiff would reassess risks

● If disclosed complex commercial relationship with ACI, Plaintiff would realize appeal difficulties and choose othis payment methods

● If explained responsibility dispersion mechanisms, Plaintiff would seek legal protection in advance or avoid using related products

Causal Relationship Regarding Coordinated Fraud:

● If Amazon disclosed fraud mechanisms jointly designed with ACI, Plaintiff would never participate in such commercial relationships

● If explained consistent interest profit models between parties, Plaintiff would recognize becoming victim

● If disclosed intentionally designed appeal blocking mechanisms, Plaintiff would choose more transparent service providers

Legal Causation

Complete Foreseeability of Damages:

● Amazon should foresee false promises would cause users to submit sensitive information and bear unreasonable risks

● Concealing true nature of platform control authority would inevitably cause users to make disadvantageous decisions

1    ● Consequences of coordinated fraud mechanisms were completely foreseeable
2    within normal commercial expectations and ethical standards
3    <u>Directness and Continuity of Causal Chain:</u>
4    ● No othis significant factors interrupted causal relationship between fraudulent
5    conduct and damages
6    ● Plaintiff's damages were direct, natural, and inevitable consequences of Amazon's
7    multi-layered fraudulent conduct
8    ● Temporal sequence, logical relationships, and impact mechanisms were clear and
9    mutually supportive
10   <u>k. Multi-Dimensional Damage Analysis</u>
11   Due to Amazon's systematic fraudulent conduct, Plaintiff suffered following multiple
12   dimensions of serious damages:
13   <u>Direct Economic Losses</u>
14   <u>Gift Card Fund Losses:</u>
15   ● First phase: Approximately $1,600 gift card balance permanently confiscated
16   ● Second phase: $900+ newly purchased gift cards unusable
17   ● Total over $2,500 in direct property losses
18   <u>Time and Effort Costs:</u>
19   ● Time value of multiple trips to retail stores purchasing gift cards
20   ● Labor value of dozens of hours processing account appeals and document
21   preparation
22   ● Cognitive costs of learning and understanding complex policy terms and
23   commercial relationships
24   ● Investigation and consultation expenses for determining true responsible parties
25   <u>Privacy Rights and Data Interest Damages</u>
26   <u>Malicious Acquisition and Abuse of Personal Information:</u>
27   ● Full name, address, phone, email used for unauthorized identity matching
28   purposes

- Bank information and payment records permanently stored and used for punitive enforcement

- Identity verification photos used for biometric identification and cross-platform monitoring systems

Complete Loss of Data Control:

- Unable to access, modify, or delete own personal information

- Deprived of data portability rights, transparency rights, and informed consent rights

- Lost any control and awareness over personal information use methods, scope, and purposes

Commercial Relationship Cognition Error Damages

Contracting Party Identification Errors:

- Based on false brand display, incorrectly identified Amazon as gift card issuer

- Unable to pursue effective appeals and rights relief against true responsible party ACI

- Lost direction in complex commercial relationships, wasting substantial rights protection time and resources

Appeal Channel Errors Leading to Relief Failures:

- Appealed to wrong target (Amazon rathis than ACI)

- Trapped in "buck-passing" predicament with both parties shirking responsibility

- Missed optimal rights protection timing and effective relief opportunities

Mental Health and Dignity Damages

Traumatic Psychological Impact from Multiple Fraud:

- Formally diagnosed with Post-Traumatic Stress Disorder (PTSD) in September 2024

- Anxiety symptoms significantly worsened, requiring increased medication treatment and psychological intervention

- Establishment of long-term insomnia, nightmares, and social avoidance behavior

patterns

<u>Medical Evidence of Temporal Causation:</u>

● August 13, 2024: Westside Crisis evaluation documented "recent emergence of passive-SI" (passive suicidal ideation) directly attributed to ongoing stress from Amazon's conduct

● August 29, 2024: Formal psychiatric evaluation diagnosed Bipolar II Disorder, medically confirming severe deterioration of Plaintiff's psychological state

● Medical records show requirement for long-term psychiatric treatment and medication management, indicating severity and persistence of trauma

<u>Fundamental Destruction of Trust and Dignity:</u>

● Basic trust in digital platforms, online services, and large enterprises completely destroyed

● Deep sense of humiliation and helplessness from systematic, multi-layered fraud as vulnerable group member

● Confidence in own judgment severely damaged, affecting daily decision-making and social functioning

<u>Additional Trauma After Discovering Coordinated Fraud:</u>

● Despair and anger after realizing targeting by carefully designed fraud network

● Complete collapse of confidence in commercial integrity and consumer protection systems

● Fear of complex commercial relationships affecting normal economic activity participation

<u>Social Function and Quality of Life Damages</u>

<u>Impaired Basic Living Capabilities:</u>

● Difficulty obtaining food and necessities due to fund losses

● Forced reliance on unstable and inconvenient alternative shopping methods

● Serious disruption of social isolation and normal life rhythms

Specific Evidence of Work Capacity Impairment (December 2024 to Present):

- Plaintiff obtained work authorization in December 2024, but persistent psychological trauma symptoms resulting in functional disability severely impaired work efficiency

- This manifested as long-term inability to concentrate, insomnia, and inability to focus at work, leading to dismissal by employers twice

- This has ongoing negative impact on Plaintiff's long-term economic prospects and recovery, providing objective evidence of economic losses caused by Amazon's conduct

Limited Future Opportunities and Development:

- Fear of e-commerce and digital payments affecting modern life participation

- Psychological trauma affecting work capability and career development prospects

- Increased medical expenses affecting othis life investments and improvement opportunities

- Fear of complex commercial relationships limiting economic activity scope

l. Characteristics of Systematic Fraudulent Conduct

Amazon's fraudulent conduct displays clear systematic, premeditated, and coordinated characteristics:

Multi-Layered Logical Structure of Fraudulent Conduct

Amazon's behavior patterns show clear multiple fraud intentions:

First Layer: False Promise Induction

- Made clear promises to users that accounts could be recovered

- Implied existence of human review and fair appeal mechanisms

- Created false hope that users could obtain relief through cooperation

Second Layer: Data Collection and Control

- Obtained users' sensitive personal information based on false promises

- Used data for undisclosed cross-account enforcement and identity matching

- Establihed permanent monitoring and control capabilities over users

Third Layer: Platform Control Abuse

- Exploited control over othiss' issued products to gain economic benefits
- Obtained brand trust value through impersonating issuers
- Created complex responsibility evasion mechanisms

Fourth Layer: Coordinated Profit and Responsibility Dispersion

- Collaborated with ACI to design commercial structures adverse to consumers
- Jointly shared fraud benefits and dispersed legal risks
- Established sustainable systematic fraud patterns

The systematic and reproducible nature of this multi-layered pattern indicates it was pre-designed long-term commercial strategy, not incidental operational errors or policy execution deviations.

Fraud Infrastructure of Technical Systems

Automated Fraud Operation Systems:

- Preset false promise messages embedded in system interfaces
- Automated identity matching, account closure, and fund confiscation processes
- Standardized rejection replies and appeal blocking mechanisms
- Unified brand display systems coordinated with ACI

Scalable Implementation and Profit Capability:

- Technical systems can simultaneously implement same fraud patterns on large numbers of users

Batch fraud operations and fund confiscation with marginal costs near zero

- System design supports continuous, repeated, and scalable fraud activities
- Collaborative mechanisms with third parties ensure continuous fraud target supply

Organized Characteristics of Coordinated Fraud

Strategic Collaborative Fraud with ACI:

- Deep collaboration between parties in packaging design, brand display, and responsibility allocation
- Jointly designed and maintained complex commercial structures adverse to

1    consumers

2        ● Coordinated appeal blocking and responsibility shirking mechanisms

3        ● Long-term cooperative arrangements for benefit distribution and risk sharing

4        Notable Evidence of Identity Confusion Design:

5        ACI's legal counsel K. Taylor Yamahata of K&L Gates LLP incorrectly referred to

6    ACI as "Amazon" throughout the June 20, 2025 reply letter, demonstrating the serious

7    extent of the deliberately created identity confusion mechanism between the two

8    companies, whise even ACI's own lawyer cannot correctly identify its client's identity

9        Systematic Design for Regulatory Evasion:

10       ● Intentionally created business models difficult for traditional regulatory

11   frameworks to effectively supervise

12       ● Exploited technical complexity and commercial relationship complexity to evade

13   responsibility

14       ● Designed protection mechanisms making specific responsibility determination

15   and effective sanctions difficult even if discovered

16       m. Comprehensive Correspondence with Establihed Fraud Elements

17       Amazon's conduct satisfies all constituent elements of both traditional fraud and new

18   platform fraud:

19       Traditional Fraud Elements

20       ● Misrepresentation: Clear false statements regarding account recovery, privacy

21   protection, data control, and issuer identity

22       ● Material Impact: Statements directly affected users' important financial, privacy,

23   and commercial decisions

24       ● Intent Element: Amazon knew statements were false yet intentionally made them,

25   possessing clear fraud intent

26       ● Reliance Element: Users submitted sensitive information, undertook risks, and

27   made disadvantageous decisions based on false statements

28       ● Damage Element: Users suffered multiple losses in property, privacy, mental

1    health, and social functioning

2    New Platform Fraud Characteristics

3    ● Platform Control Abuse: Amazon exploited platform monopoly position to control

4    othiss' products and gain improper benefits

5    ● Coordinated Fraud Design: Amazon collaborated with third parties to design

6    systematic consumer fraud mechanisms

7    ● Technical Fraud Infrastructure: Amazon utilized automated technical systems to

8    implement scalable fraud

9    ● Regulatory Evasion Mechanisms: Amazon intentionally designed complex

10    structures to evade traditional regulation and legal responsibility

11    This behavior pattern repeatedly implemented in digital economy environments

12    constitutes new, systematic platform consumer fraud conduct, violating basic principles of

13    California fraud law and core requirements of consumer protection law.

14    n. Specific Legal Warning Evidence and Amazon's Willful Disregard

15    Comprehensive Legal Warning Submitted (Early July 2024):

16    In early July 2024, after Plaintiff's second document submission went unresolved,

17    Plaintiff sent a formal English warning letter to Amazon. The letter identified specific law

18    violations:

19    ● Federal Trade Commission Act Section 5 (15 U.S.C. § 45) — Unfair business

20    practices

21    ● Consumer Protection Laws — Lack of due process and clear explanation

22    ● Electronic Fund Transfer Act Section 908 (15 U.S.C. § 1693f) — Failure to

23    investigate disputed transactions

24    ● Fair Credit Reporting Act Section 605B (15 U.S.C. § 1681c-2) — Improper

25    handling of identity theft-related disputes

26    ● Gramm-Leach-Bliley Act Section 502 (15 U.S.C. § 6802) — Failure to notify and

27    authorize data sharing

28    ● California Consumer Privacy Act Section 1798.120 (CCPA) — Non-transparent

1  handling of personal information

2  ● California Civil Code Section 1670.5 — Unconscionable contract provisions

3  ● California Business & Professions Code Section 17200 — Unfair business

4  practices

5  Amazon's Complete Non-Response:

6  Amazon provided no response whatsoever to this detailed legal warning,

7  demonstrating willful disregard for legal compliance and conscious decision to continue

8  fraudulent conduct despite explicit notice of legal violations.

9  Humanitarian Crisis and Willful Indifference:

10  Fatal Blow and Acute Onset of Psychological Symptoms (July 2, 2024):

11  At the critical moment when Plaintiff's psychological state was extremely fragile and

12  he urgently needed stable support, Amazon canceled all unshipped orders in Plaintiff's

13  account, including food for basic survival and the MacBook needed to respond to the

14  NOID. Plaintiff submitted a humanitarian plea requesting exception for food orders, stating

15  explicitly: "I am an asylum seeker with no food, please make humanitarian exception for

16  food orders," but Amazon provided no response whatsoever.

17  This demonstrates Amazon's callous disregard for both legal obligations and basic

18  humanitarian concerns, evidencing malicious intent and willful fraud.

19  o. Public Policy and Social Impact Significance

20  Severe sanctions for Amazon's systematic, multi-layered, and coordinated fraudulent

21  conduct have important public policy significance:

22  Protecting Consumer Basic Rights in Digital Era

23  Establishing Platform Economy Integrity Standards:

24  ● Set mandatory integrity bottom lines and transparency requirements for large

25  technology platform commercial conduct

26  ● Prevent abuse of technological advantages and platform monopoly positions to

27  defraud consumers lacking technical knowledge

28  ● Ensure digital platforms bear social responsibilities commensurate with their

1  influence and control

2  Maintaining Data Rights and Privacy Protection:

3  ● Strengthen legal protection and effective relief mechanisms for personal data

4  rights

5  ● Prevent enterprises from evading data protection law obligations and user rights

6  through false promises

7  ● Establish effective judicial protection and enforcement mechanisms for user data

8  sovereignty

9  Protecting Vulnerable Groups from Technical Discrimination

10  Special Protection for Immigrants and Minorities:

11  ● Prevent large enterprises from exploiting immigrant status, language barriers, and

12  cultural difference vulnerabilities for fraud

13  ● Ensure technical complexity and commercial relationship complexity do not

14  become tools for defrauding vulnerable groups

15  ● Establish cross-cultural, multilingual consumer protection standards and relief

16  mechanisms

17  Protecting Mental Health and Economically Vulnerable Groups:

18  ● Prohibit exploitation of mental health conditions, economic hardship, and social

19  status vulnerabilities for commercial fraud

20  ● Ensure technical system design considers special needs and protection

21  requirements of vulnerable groups

22  ● Establish special protection mechanisms and priority relief procedures for

23  vulnerable groups

24  Maintaining Market Order and Competition Fairness

25  Preventing Monopoly Position Abuse:

26  ● Limit market-dominant enterprises from exploiting positional advantages for

27  fraud and unfair competition

28  ● Ensure market competition based on genuine information and honest services

1  rathis than fraud means and information manipulation

2     ● Maintain legitimate rights of small and medium enterprises, emerging platforms,

3  and consumers

4     Regulating Coordinated Fraud and Commercial Conspiracy:

5     ● Prevent large enterprises from conducting systematic consumer fraud through

6  complex commercial cooperation

7     ● Establish effective identification, investigation, and sanction mechanisms for

8  coordinated fraud

9     ● Ensure commercial innovation and cooperation serve consumer interests rathis

10  than harm consumer rights

11     Adapting Legal Development to Digital Economy

12     Establishing Legal Framework for New Fraud Types:

13     ● Establish appropriate legal response mechanisms for new fraud models emerging

14  in platform economy

15     ● Ensure traditional consumer protection law can effectively address new challenges

16  brought by technological innovation

17     ● Establish fraud identification, evidence presentation, and relief standards adapting

18  to digital economy characteristics

19     Promoting Responsible Technological Innovation:

20     ● Ensure technological innovation and business model innovation orient toward

21  user interests and social welfare

22     ● Prevent technical complexity from becoming excuse for evading legal

23  responsibility and moral obligations

24     ● Establish balanced development models emphasizing both technological

25  development and consumer protection

26     p. Conclusion

27     Amazon.com Services LLC implemented unprecedented multi-layered,

28  comprehensive consumer fraud through systematic false promises, misleading statements,

material fact concealment, platform control abuse, and fraud mechanisms coordinated with third parties. This fraud seriously damaged Plaintiff's economic interests, privacy rights, mental health, and social functioning, while posing fundamental threats to the integrity foundation of the digital economy and consumer protection system.

Amazon's conduct represents large-scale, coordinated consumer fraud carefully designed and systematically implemented using technological advantages, platform monopoly position, and complex commercial relationships. The responsibility evasion and appeal blocking mechanisms jointly designed by Amazon and ACI represent a dangerous new systematic fraud model in the digital economy era that requires severe legal sanctions to prevent similar conduct and protect vulnerable consumers.

The evidence demonstrates Amazon's fraud was deliberate and systematic: Amazon ignored comprehensive legal warnings citing eight specific federal and state law violations, provided no response to humanitarian pleas from a known asylum seeker in crisis, and designed automated systems specifically to implement scalable fraud operations coordinated with ACI.

q. Relief Requested

Plaintiff respectfully requests that the Court grant relief as set forth in the Prayer for Relief below.

# VII. PRAYER FOR RELIEF

**As to ACI Gift Cards LLC**

**A.2 CLRA Relief Requested**

Plaintiff respectfully requests that the Court grant the following relief:

1. Actual damages in the amount of $900+ representing all gift card purchases caused by ACI's deceptive practices;

2. Statutory damages of $1,000 per violation under Civil Code §1782(d), including but not limited to:

- Systematic concealment of true issuer identity ($1,000)
- False representation of Amazon as responsible party ($1,000)

1   ● Failure to disclose statutory cash redemption rights ($1,000)

2   ● Misrepresentation of product characteristics through deceptive packaging

3   ($1,000)

4   ● Concealment of material usage restrictions ($1,000)

5   ● Unconscionable identity fraud provision ($1,000)

6   ● Concealment of account dependency risks ($1,000)

7   ● Failure to disclose "eligible items" limitations ($1,000)

8   ● Concealment of non-refund policy ($1,000)

9   ● Visual misdirection through selective disclosure design ($1,000)

10  ● Coordinated fraud with Amazon to create consumer confusion ($1,000)

11  Subtotal: $11,000

12  3.Punitive damages for ACI's willful, fraudulent, and oppressive conduct in

13  systematically deceiving consumers through identity concealment;

14  4.Injunctive relief requiring ACI to:

15  ● Clearly identify itself as the true issuer on all packaging

16  ● Provide direct ACI customer service contact information

17  ● Clearly disclose all material terms and restrictions on gift card packaging

18  ● Prominently display California cash redemption rights

19  ● Provide multilingual warnings and summaries

20  5.Attorneys' fees and costs as authorized under Civil Code §1782(d);

21  6.Pre-judgment and post-judgment interest at the legal rate from July 2024;

22  7.Such othis relief as the Court deems just and proper.

23  **A.3 UCL Relief Requested**

24  1.Restitution of all monies obtained by ACI through unlawful, unfair, and fraudulent

25  2.business practices in the amount of $900+;

26  3.Injunctive relief prohibiting ACI from continuing deceptive practices;

27  4.Interest on restitution from July 2024;

28  Such othis equitable relief as the Court deems appropriate.

**A.4 FAL Relief Requested**

1.Actual damages in the amount of $900+ caused by ACI's false advertising practices;

2.Statutory penalties of up to $2,500 per violation under Business & Professions Code §17206, including:

- False product identity advertising ($2,500)
- Misleading packaging design ($2,500)
- Concealment of material limitations ($2,500)
- Subtotal: $7,500

3.Restitution of profits obtained through false advertising;

4.Injunctive relief requiring truthful advertising and packaging;

5.Corrective advertising to remedy false impressions created;

6.Pre-judgment and post-judgment interest at the legal rate from July 2024;

7.Such othis relief as the Court deems just and proper.

**A.5 Fraudulent Concealment Relief Requested**

1.Compensatory damages in the amount of $900+ for all economic losses caused by ACI's fraudulent concealment;

2.Punitive damages for ACI's intentional, malicious, and systematic fraudulent conduct;

3.Interest on all damages from July 2024;

4.Attorneys' fees and costs;

5.Such othis relief as the Court deems just and proper.

**As to Amazon.com Services LLC**

**B.1 Declaratory Relief Requested**

1.Declare that Amazon's account suspension practices without specific allegations violate due process requirements under California consumer protection laws;

2.Declare that Amazon's use of verification data for undisclosed cross-account punishment violates California privacy laws and constitutes fraudulent data collection;

3.Declare that Amazon's retention of $2,500+ in gift card balances without legal

1  justification constitutes wrongful conversion of Plaintiff's property;

2      4.Declare that Amazon's coordinated commercial relationship with ACI designed to

3  conceal issuer identity creates unlawful consumer confusion and violates California

4  consumer protection statutes;

5      5.Grant prospective injunctive relief prohibiting Amazon from:

6  ● Suspending accounts without specific violation allegations

7  ● Using consumer verification data for undisclosed punitive purposes

8  ● Retaining consumer funds without legal justification

9  ● Making false promises about account recovery processes

10  ● Participating in coordinated identity concealment schemes with third parties

11  6.Such othis declaratory and injunctive relief as the Court deems just and proper.

12  **B.2 FAL Relief Requested**

13  1.Compensatory damages in the amount of $2,500+ for losses caused by Amazon's

14  false advertising;

15  2.Statutory penalties of up to $2,500 per violation under Business & Professions Code

16  §17206, including:

17  ● False privacy control advertisements ($2,500)

18  ● False data transparency advertisements ($2,500)

19  ● False account recovery advertisements ($2,500)

20  ● False customer service advertisements ($2,500)

21  ● Coordinated false Amazon brand presentation ($2,500)

22  ● Subtotal: $12,500

23  3.Restitution of benefits obtained through false advertising;

24  4.Injunctive relief requiring truthful advertising about platform capabilities;

25  5.Corrective advertising to remedy false privacy promises;

26  6.Pre-judgment and post-judgment interest at the legal rate from July 12, 2024 on first

27  account losses ($1,600+) and from August 1, 2024 on second account losses ($900+);

28  7.Such othis relief as the Court deems just and proper.

**B.3 Unjust Enrichment Relief Requested**

1.Restitution of all gift card balances unjustly retained by Amazon ($1,600+ from first account, $900+ from second account = $2,500+);

2.Interest on unjustly retained funds from July 12, 2024 for the first account and August 1, 2024 for the second account;

3.Such othis equitable relief as the Court deems appropriate.

**B.4 Conversion Relief Requested**

1.Compensatory damages equal to the fair market value of converted property ($2,500+);

2.Damages for loss of use of converted property from July 12, 2024 through present;

3.Interest from the date of conversion (July 12, 2024 for the first account, August 1, 2024 for the second account);

4.Punitive damages for Amazon's willful and malicious conversion of property belonging to a vulnerable asylum seeker;

5.Such othis relief as the Court deems just and proper.

**B.5 CLRA Relief Requested**

1.Actual damages in the amount of $2,500+ for losses caused by Amazon's deceptive practices;

2.Statutory damages of $1,000 per violation under Civil Code §1782(d), including:

- False account recovery promises ($1,000)
- Misrepresentation of data control capabilities ($1,000)
- Deceptive system prompts inducing data submission ($1,000)
- Misrepresentation of privacy protection capabilities ($1,000)
- False "account transparency" tool advertisements ($1,000)
- Coordinated identity fraud with ACI ($1,000)
- Undisclosed cross-account data matching ($1,000)
- False customer service availability claims ($1,000)
- Subtotal: $8,000

3.Punitive damages for Amazon's willful and systematic consumer deception;

4.Injunctive relief requiring Amazon to:

- Provide specific violation allegations before account suspension

- Obtain explicit consent before using verification data for enforcement

- Establish genuine human review processes for account appeals

- Provide functional data access and control tools for all users

- Discontinue coordinated identity concealment with third parties

5.Attorneys' fees and costs under Civil Code §1782(d);

6.Pre-judgment and post-judgment interest at the legal rate from July 12, 2024 on first account losses and August 1, 2024 on second account losses;

7.Such othis relief as the Court deems just and proper.

**B.6 UCL Relief Requested**

1.Restitution of all funds unjustly retained through unlawful business practices ($2,500+);

2.Injunctive relief requiring comprehensive reform of account suspension and data practices, including:

- Implementation of transparent account review criteria

- Establishment of meaningful human appeal processes

- Disclosure of data use purposes before collection

- Provision of genuine data access and control mechanisms

- Cessation of coordinated consumer deception schemes

3.Interest on restitution from dates of respective account closures;

4.Such othis equitable relief as the Court deems appropriate.

**B.7 Intentional Infliction of Emotional Distress Relief Requested**

1.Compensatory damages for severe emotional distress and mental anguish suffered by Plaintiff;

2.Medical expenses for PTSD treatment and ongoing psychological care, including:

- Past medical expenses from July 2024 through present

- Future medical expenses for continued PTSD treatment
- Ongoing psychiatric medication costs
- Long-term psychological rehabilitation expenses

3.Lost wages from documented employment terminations due to PTSD symptoms;

4.Diminihed future earning capacity due to permanent psychological impairment;

5.Punitive damages for Amazon's extreme and outrageous conduct toward a vulnerable asylum seeker with known mental health conditions;

6.Interest on all damages from July 2, 2024 (onset of acute symptoms);

7.Such othis relief as the Court deems just and proper.

**B.8 Negligent Infliction of Emotional Distress Relief Requested**

1.Compensatory damages for severe emotional distress negligently caused, including compensation for past suffering and future psychological impact;

2.Medical expenses for treatment of negligently-inflicted psychological injuries, including:

- Past treatment costs from July 2024 through present
- Future medical expenses for ongoing PTSD and anxiety treatment
- Psychiatric medication costs
- Thisapy and counseling expenses

3.Lost wages from employment terminations directly caused by Amazon's negligent conduct;

4.Diminihed earning capacity due to psychological impairment;

5.Interest on all damages from July 2, 2024;

6.Such othis relief as the Court deems just and proper.

**B.9 Comprehensive Fraud Relief Requested**

1.Compensatory damages for all economic losses caused by Amazon's systematic fraud ($2,500+ in property losses);

2.Damages for severe emotional distress and psychological trauma;

3.Medical expenses for PTSD diagnosis, treatment, and ongoing care, including:

- All past medical expenses from July 2024 through present
- Future medical expenses for continued psychiatric treatment
- Long-term medication and thisapy costs
- Psychological rehabilitation and recovery expenses

4.Lost wages from employment terminations caused by fraud-induced psychological trauma;

5.Permanent impairment of earning capacity due to ongoing psychological effects;

6.Punitive damages commensurate with the systematic, coordinated, and malicious nature of Amazon's fraudulent conduct, sufficient to deter similar conduct by large technology platforms;

7.Interest on all damages from July 2, 2024 (commencement of Amazon's fraudulent conduct causing acute harm);

8.Attorneys' fees and costs under applicable statutes and common law;

9.Such othis relief as the Court deems just and proper.

## VIII. JURY DEMAND

**CLAIMS TRIABLE BY JURY:**

Plaintiff demands a trial by jury on all claims triable by right, including claims for damages under the CLRA, False Advertising Law, fraud, conversion, and emotional distress.

**CLAIMS TRIABLE BY COURT:**

Equitable claims including declaratory relief, restitution, injunctive relief, and attorney's fees shall be determined by the Court.

## IX. RESPECTFULLY SUBMITTED

Dated: July 17,2025

_____

Yun Peng

1 | Plaintiff, Pro Se

2

# X. PREEMPTIVE RESPONSES TO ANTICIPATED DEMURRERS

**A. Response to Anticipated Demurrer on Second Cause of Action Against ACI Gift Cards LLC：** (CLRA - California Consumer Legal Remedies Act Violation)

Defendants' Expected Arguments: Plaintiff lacks reliance and causation, fails to meet standing requirements, and lacks CLRA notice.

Plaintiff's Response:

**1. CLRA Notice Requirements Fully Satisfied**

Plaintiff strictly complied with all procedural requirements under Civil Code § 1782:

Timeline Evidence:

a. May 20, 2025: Formal CLRA notice served on ACI, detailing specific §1770 violations

b. June 20, 2025: ACI, through K&L Gates counsel, explicitly refused all allegations and corrective demands

c. July 11, 2025: Enhanced CLRA notice providing comprehensive violation details with additional factual support

Legal Effect:

ACI's explicit refusal to correct triggered full relief rights under §1782(d), including but not limited to actual damages, statutory damages, and punitive damages.

**2. Clear Reliance and Systematic Packaging Deception**

Reasonable Reliance Foundation:

a. Systematic Visual Fraud: ACI's packaging design systematically employs unified "Amazon Gift Card" branding across all visual elements, with prominent Amazon logos, color schemes, and typography while completely concealing ACI's corporate identity

b. Deliberate Identity Confusion: Every element of the packaging - from front display to redemption instructions - creates a comprehensive false impression that Amazon is the issuer, responsible party, and customer service provider

c. Vulnerable Consumer Targeting: As non-English speaking asylum seeker with documented cognitive impairment from medication, Plaintiff's reliance on clear, honest

1  visual design was not only reasonable but represents the exact consumer protection the

2  CLRA was designed to safeguard

3      Enhanced Causation Analysis:

4      Systematic Packaging Deception → Erroneous Responsible Party Recognition →

5      Misplaced Trust in Amazon Brand → Purchase Decision → $900+ Economic Loss

6  → Inability to Identify True Responsible Party for Relief

7  **3. Comprehensive CLRA Violations Through Packaging Design**

8      §1770(a)(5) - Systematic Product Characteristic Misrepresentation:

9      a. Packaging displays false Amazon issuer identity through comprehensive branding

10  strategy

11      b. Conceals complex multi-party commercial relationship requiring separate issuer

12  (ACI) and controller (Amazon) interaction

13      c. Creates false impression of unified, straightforward consumer product when reality

14  involves navigating deliberately obscured corporate responsibilities

15      §1770(a)(7) - Product Standard Misrepresentation Through Visual Design:

16      a. Packaging design misleads consumers regarding fundamental product nature by

17  mimicking standard gift card appearance

18      b. Visual hierarchy deliberately emphasizes favorable information (Amazon brand

19  recognition, clear monetary value) while systematically hiding restrictive information

20  (complex limitations, account dependencies, potential forfeiture risks)

21      c. Creates false standard of reliability and customer service based on Amazon's market

22  reputation while actual service involves unknown entity (ACI)

23      §1770(a)(14) - Systematic Rights Misrepresentation:

24      a. Complete concealment of California Civil Code §1749.5 statutory cash redemption

25  rights worth substantial monetary value to consumers

26      b. Comprehensive misdirection regarding responsible party for complaints, appeals,

27  and legal recourse

28      c. Creates false impression that Amazon's established customer service and dispute

1  resolution systems apply when they do not

2  **4. Enhanced Damages Calculation**

3  <u>Based on systematic violations detailed above, Plaintiff seeks under §1782(d):</u>

4  a. Statutory Damages: $1,000 per violation (multiple violations under subsections

5  (a)(5), (a)(7), (a)(9), (a)(14), (a)(16))

6  b. Actual Economic Losses: $900+ in direct gift card purchase losses plus additional

7  costs for alternative payment methods

8  c. Punitive Damages: Based on ACI's deliberate, systematic, and continuing

9  fraudulent conduct evidenced by packaging design choices and refusal to correct known

10  deceptive practices

11  d. Attorney Fees: Full compensation under statutory authorization

12  **B. Response to Anticipated Demurrer on Fifth Cause of Action Against ACI Gift**

13  **Cards LLC:** (Fraudulent Concealment/Omission)

14  Defendants' Expected Arguments: Fraud claims lack the heightened specificity

15  required under Robinson Helicopter Co. v. Dana Corp.

16  Plaintiff's Response:

17  **1. Enhanced 5W Specificity Analysis**

18  <u>WHO - Comprehensive Fraud Network:</u>

19  a. Primary Perpetrator: ACI Gift Cards LLC as actual issuer with complete knowledge

20  of deceptive packaging design

21  b. Coordinated Entity: Amazon.com Services LLC as collaborative platform

22  controller enabling and benefiting from consumer confusion

23  c. Target Victims: California consumers, with particular impact on linguistically

24  disadvantaged and economically vulnerable populations

25  <u>WHAT - Multi-Layered Fraudulent Concealment System:</u>

26  a. Identity Obliteration: Complete systematic removal of ACI corporate identity from

27  all consumer-facing materials, replacing with comprehensive Amazon branding across

28  logos, color schemes, fonts, and corporate messaging

b. Statutory Rights Suppression: Deliberate concealment of valuable California Civil Code §1749.5(c) cash redemption rights through omission from packaging and failure to provide any consumer education

c. Commercial Structure Obfuscation: Systematic concealment of complex responsibility division between issuer (ACI) and controller (Amazon) designed to prevent consumer identification of appropriate parties for complaints and legal recourse

d. Appeal Process Deception: Coordinated design of customer service deflection system where all packaging directs consumers to Amazon while Amazon disclaims issuer responsibility

<u>WHEN - Systematic and Continuing Fraud Timeline:</u>

a. Design Phase: Original packaging development with deliberate deceptive intent

b. Implementation Phase: Ongoing distribution through California retail networks from 2024 through present

c. Specific Harm Period: July 17-27, 2024, during Plaintiff's reliance-based purchases

d.Continuing Violations: Persistent refusal to correct known deceptive practices despite formal notice

<u>WHERE - Comprehensive Geographic and Platform Fraud:</u>

a. Physical Sales Points: Systematic distribution through major California retailers (Walgreens, CVS, Whole Foods Market) using identical deceptive packaging

b. Digital Integration: All online redemption, customer service, and legal reference systems designed to reinforce false Amazon responsibility impression

c. Consumer Interface Points: Every consumer touchpoint from purchase through attempted customer service designed to maintain identity confusion

<u>HOW - Sophisticated Deception Implementation:</u>

a. Advanced Visual Hierarchy Manipulation: Professional design techniques using font sizes, color contrasts, and spatial arrangements to direct consumer attention to favorable information while concealing adverse information

b. Information Architecture Fraud: Systematic direction of all consumer inquiries to

Amazon platforms ("amazon.com/redeem," "amazon.com/gc-legal") while providing zero ACI contact mechanisms

c. Legal Responsibility Evasion Design: Coordinated creation of circular responsibility structure where consumers cannot identify appropriate party for dispute resolution

**2. Enhanced Materiality and Justifiable Reliance**

Materiality Beyond Question:

a. Issuer identity directly affects consumer confidence, expected customer service quality, dispute resolution expectations, and legal recourse availability

b. Statutory cash redemption rights represent quantifiable monetary value affecting purchase decisions

c, Commercial relationship complexity directly impacts consumer ability to obtain effective remedies

Justifiable Reliance Under Heightened Vulnerability:

a. Plaintiff's status as asylum seeker with limited English proficiency and anxiety disorder requiring cognitive-affecting medication created reasonable dependence on clear, honest visual communication

b. ACI's professional-grade deceptive design specifically exploited vulnerabilities of consumers unable to navigate complex English-language terms or identify sophisticated commercial deception

c. Complete absence of any warning, clarification, or honest disclosure regarding true commercial relationships

**3. Systematic Intent and Premeditation Evidence**

Deliberate Design Choices:

a. Every packaging element required specific design decisions to conceal rather than reveal ACI identity

b. Coordination with Amazon required deliberate planning to create unified false impression

1    c. Professional packaging design necessarily involved conscious choices to mislead

2  rather than inform consumers

3  <u>Continuing Intent After Notice:</u>

4    a. ACI's explicit refusal to correct deceptive practices after detailed CLRA notice

5  demonstrates ongoing fraudulent intent

6    b. Maintenance of identical deceptive packaging despite knowledge of consumer

7  harm and legal violations

8    c. Systematic legal strategy designed to benefit from consumer confusion while

9  avoiding direct accountability

10  **C. Response to Anticipated Demurrer on Fourth Cause of Action Against**

11  **Amazon.com Services LLC:**(Conversion)

12  **1. Comprehensive Property Rights Analysis**

13  <u>Clear Property Interest Establishment:</u>

14    a. Plaintiff acquired definitive ownership through lawful cash transactions at

15  authorized retail locations using personal funds

16    b. Gift card activation created specific monetary value held in electronic form with

17  clear ownership attribution

18    c. Property rights attach to monetary value regardless of electronic storage method,

19  with plaintiff retaining exclusive right to direct use of funds

20  <u>Amazon's Unauthorized Dominion Exercise:</u>

21    a. Permanent freezing of $2,500+ represents complete exercise of ownership control

22  without legal authority

23    b. Systematic denial of access combined with permanent retention demonstrates intent

24  to permanently deprive rightful owner

25    c. Amazon's control extends beyond reasonable business judgment into wholesale

26  appropriation of customer property

27  **2. Absence of Legal Justification**

28  <u>Vague and Insufficient Grounds:</u>

1    a. Amazon's "unusual payment activity" allegations provide no specific violation

2  identification, timeframe, or clear policy basis

3    b. Lack of proportionality between alleged concerns and extreme remedy of

4  permanent forfeiture

5    c. Complete absence of due process protections or meaningful appeal mechanisms

6  <u>Terms of Service Cannot Override Property Rights:</u>

7    a. Fundamental property rights cannot be waived through adhesion contracts

8  containing unconscionable forfeiture provisions

9    b. California consumer protection law prohibits contract terms that permit arbitrary

10  property seizure without specific cause and due process

11    c. Amazon cannot accept benefits of property (processing fees, transaction data) while

12  claiming authority to confiscate underlying assets

13  **3. Enhanced Intent and Malice Evidence**

14  <u>Systematic Rejection of Legitimate Appeals:</u>

15    a. Complete disregard for humanitarian crisis circumstances despite explicit

16  communication of asylum seeker status and lack of food

17    b. Systematic non-response to detailed legal warning letters citing specific statutory

18  violations

19    c. Continued retention of property despite clear evidence of lawful acquisition and

20  good faith consumer conduct

21  <u>Targeting Vulnerable Individual:</u>

22    a. Amazon's conversion specifically targeted known vulnerable individual (asylum

23  seeker with anxiety disorder)

24    b. Deliberate indifference to humanitarian circumstances demonstrates malicious

25  intent supporting punitive damages

26    c. Pattern of conduct designed to intimidate and punish vulnerable consumer

27  populations

28  **4. Comprehensive Damages Beyond Property Value**

1      Direct Property Loss: $2,500+ in immediately quantifiable monetary value

2      Consequential Economic Harm: Forced reliance on expensive alternative payment

3  methods, inability to complete essential purchases during crisis period

4      Enhanced Punitive Damages: Amazon's malicious targeting of vulnerable individual

5  and complete disregard for humanitarian circumstances supports substantial punitive

6  award under Civil Code §3294

7  **D. Response to Anticipated Demurrer on Seventh Cause of Action Against**

8  **Amazon.com Services LLC**

9  (Intentional Infliction of Emotional Distress)

10  **1. "Extreme and Outrageous" Conduct Clearly Established**

11  Systematic Exploitation of Known Vulnerability:

12  a.  Amazon possessed explicit knowledge of Plaintiff's status as asylum seeker facing

13      humanitarian crisis, anxiety disorder requiring cognitive-affecting medication, and

14      complete social isolation

15  b.  Despite this knowledge, Amazon implemented punitive enforcement specifically

16      designed to maximize psychological pressure during crisis period

17  c.  Conduct included deliberate cancellation of food orders after receiving explicit

18      humanitarian plea stating "I am an asylum seeker with no food"

19  Deliberate Humanitarian Indifference:

20  a.  Complete non-response to emergency requests for basic survival needs represents

21      conscious choice to ignore human suffering

22  b.  Systematic use of false promises ("this is required to remove account hold") to extract

23      sensitive personal information from vulnerable individual

24  c.  Continued harmful conduct after receiving detailed legal warnings regarding multiple

25      statutory violations

26  **2. Clear Intent and Reckless Disregard**

27  Systematic Targeting Based on Vulnerability:

28  a.  Amazon's conduct specifically exploited Plaintiff's documented psychological

1  vulnerabilities and desperate circumstances

2  b.  Use of sophisticated technological systems to implement psychological pressure and

3  maintain surveillance over vulnerable individual

4  c.  Pattern of conduct designed to create helplessness, despair, and submission through

5  systematic denial of basic procedural fairness

6  **3. Severe Emotional Distress With Medical Documentation**

7  <u>Documented Qualitative Change in Mental Health:</u>

8  a.  Clear temporal correlation between Amazon's specific actions (July 2, 2024 order

9  cancellations) and onset of acute psychiatric symptoms

10  b.  Medical records demonstrate transition from manageable chronic anxiety to severe

11  acute trauma response requiring emergency intervention

12  c.  August 13, 2024 Westside Crisis evaluation documenting "recent emergence of passive

13  suicidal ideation" directly attributed to ongoing stress from Amazon's conduct

14  d.  September 2024 formal PTSD diagnosis with ongoing treatment requirements

15  demonstrating permanence of harm

16  **E. Response to Anticipated Demurrer on Eighth Cause of Action Against**

17  **Amazon.com Services LLC**(Negligent Infliction of Emotional Distress)

18  **1. Special Relationship and Enhanced Duty of Care**

19  <u>Platform Control Creates Fiduciary-Like Obligations:</u>

20  a.  Amazon's complete control over essential platform access for vulnerable user created

21  special relationship requiring heightened care

22  b.  Platform monopoly position combined with user dependency for basic needs

23  established enhanced duty beyond ordinary commercial relationships

24  c.  Amazon's voluntary assumption of customer data protection and account security

25  responsibilities created additional duty obligations

26  **2. Clear Foreseeability of Severe Emotional Harm**

27  <u>Obvious Vulnerability Recognition:</u>

28  a.  Amazon possessed explicit knowledge of Plaintiff's vulnerable characteristics through

1    direct communication and account records

2    b.  Any reasonable platform operator should foresee that denying essential services to

3    asylum seeker during humanitarian crisis would cause severe emotional distress

4    c.  Medical medication information in account records provided additional foreseeability

5    regarding cognitive vulnerability and psychological fragility

6    **3. Breach of Reasonable Care Standards**

7    <u>Systematic Failure to Implement Reasonable Protections:</u>

8    a.  Complete absence of emergency protocols for vulnerable users despite clear

9    identification of humanitarian crisis

10    b.  Failure to provide meaningful human review despite explicit promises and vulnerable

11    user circumstances

12    c.  Systematic denial of basic procedural accommodations for language barriers and

13    cognitive impairments

14    **4. Clear Proximate Causation With Medical Evidence**

15    <u>Documented Qualitative Deterioration:</u>

16    a.  Medical records clearly distinguish between pre-existing chronic anxiety (manageable

17    with standard medication) and acute trauma response (requiring emergency

18    intervention and ongoing specialized treatment)

19    b.  Direct temporal correlation between Amazon's specific conduct and onset of new,

20    severe psychiatric symptoms

21    c.  No significant intervening causes between Amazon's actions and documented

22    psychological deterioration

23    d.  Ongoing work capacity impairment (documented through employment terminations)

24    demonstrates continuing impact of Amazon's negligent conduct