# EXHIBIT K

YUN PENG
8024 EMERSON PL
ROSEMEAD CA 91770-2429
669 329 7691
msma529370228@gmail.com

YUN PENG, IN PRO PER

**FILED**
San Francisco County Superior Court
AUG 12 2025
CLERK OF THE COURT
BY: _____ Deputy Clerk

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF SAN FRANCISCO

YUN PENG

    Plaintiff(s),

vs.

ACI GIFT CARDS LLC, AMAZON.COM SERVICES LLC, AMAZON.COM INC.,

    Defendant(s).

Case No.: CGC-24-617965

[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

---

**[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**

The Stipulation of Non-Opposition to Granting Plaintiff Yun Peng Leave to File Fourth Amended Complaint came before this Court for consideration.

The Court, having reviewed the Stipulation executed by all parties, Plaintiff's Motion for Leave to Amend Fourth Amended Complaint filed July 21, 2025, and being fully advised in the premises,

**FINDS THAT:**

AUG 06 2025

- 1 -

1. Plaintiff filed a Fourth Amended Complaint on July 17, 2025, without obtaining leave of court as required under Code of Civil Procedure section 472(a).
2. The Court rejected the filing of Plaintiff's July 17, 2025 Fourth Amended Complaint.
3. The parties have stipulated to allow Plaintiff to file the Fourth Amended Complaint that deletes the Eighth Cause of Action for Negligent Infliction of Emotional Distress against Amazon.com Services LLC.
4. The proposed amendment serves the interests of justice and judicial efficiency.
5. Defendants have waived any objection to the proposed amendment.
6. The Court has jurisdiction over the parties and subject matter of this action.

**IT IS HEREBY ORDERED THAT:**

1. **The Stipulation is GRANTED and APPROVED.**
2. **Plaintiff is granted leave to file the Fourth Amended Complaint** in the form attached as Exhibit A to the Stipulation.
3. **The Fourth Amended Complaint shall be deemed filed** as of the date of this Order, ~~effective nunc pro tunc to July 17, 2025.~~
4. **Defendants' responsive pleading** to the Fourth Amended Complaint shall be due thirty (30) days from the entry of this Order.
5. ~~The case management conference scheduled for _____, 2025, shall remain as scheduled.~~
6. ~~Each party shall bear their own costs and attorney's fees incurred in connection with this matter.~~

IT IS SO ORDERED.

DATED: 8/12, 2025

JUDGE OF THE SUPERIOR COURT
CHRISTINE VAN AKEN

- 2 -