Michael J. Stortz (SBN 139386)
Michael.Stortz@klgates.com
K. Taylor Yamahata (SBN 347192)
Taylor.Yamahata@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

*Attorneys for Defendants*
ACI Gift Cards LLC, Amazon.com Services LLC, and Amazon.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUN PENG,<br><br>   Plaintiff,<br><br>  v.<br><br>ACI GIFT CARDS LLC, AMAZON.COM SERVICES LLC, and AMAZON.COM, INC.<br><br>   Defendants. | Case No. 3:25-cv-06944<br><br>**CERTIFICATE OF SERVICE OF DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT** |

**RECYCLED PAPER**

1
CERTIFICATE OF SERVICE OF DEFENDANTS' NOTICE OF FILING OF NOTICE OF
REMOVAL TO FEDERAL COURT

# PROOF OF SERVICE

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, Four Embarcadero Center, Suite 1200, San Francisco, CA 94111.

On **August 15, 2025**, I served the document(s) described as:

**DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT**

a copy of which is attached to this Certificate, together with an unsigned copy of this declaration on the interested parties in this action by delivering a true copy thereof as follows:

> Yun Peng  *Plaintiff, Pro Se*
> 8024 Emerson Pl.
> Rosemead, CA 91770
> Tel: (669) 329-7691
> Email: msma529370228@gmail.com

☒ **BY ELECTRONIC SERVICE:** I transmitted a true copy of the document(s) listed above to the e-mail addresses of the addressee(s) as indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **August 15, 2025**, San Francisco, California.

*/s/ T. Lianne Jitodai*
T. Lianne Jitodai

**RECYCLED PAPER**

2
CERTIFICATE OF SERVICE OF DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT