1  Michael J. Stortz (SBN 139386)
   Michael.Stortz@klgates.com
2  K. Taylor Yamahata (SBN 347192)
   Taylor.Yamahata@klgates.com
3  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
4  San Francisco, California 94111
   Telephone: +1 415 882 8200
5  Facsimile: +1 415 882 8220

6  *Attorneys for Defendants*
   ACI Gift Cards LLC, Amazon.com Services LLC,
7  and Amazon.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUN PENG, | Case No. 3:25-cv-06944 |
| Plaintiff, | **DEFENDANTS ACI GIFT CARDS LLC'S, AMAZON.COM SERVICES LLC'S, AND AMAZON.COM, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| ACI GIFT CARDS LLC, AMAZON.COM SERVICES LLC, and AMAZON.COM, INC., | |
| Defendants. | Complaint Filed: September 9, 2024 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants ACI Gift Cards LLC, Amazon.com Services LLC, and Amazon.com, Inc. provide the following disclosures.

Amazon.com, Inc. is a publicly traded corporation (NASDAQ: AMZN) that does not have a parent company, and no publicly held corporation owns 10% or more of Amazon.com, Inc.'s stock. Amazon.com, Inc. is incorporated in the State of Delaware with its principal place of business in the State of Washington. Amazon.com, Inc., therefore, is a citizen of the States of Delaware and Washington.

Amazon.com Services LLC is a wholly owned subsidiary of Amazon.com Sales, Inc., which is a wholly owned subsidiary of Amazon.com, Inc. Amazon.com Services LLC's sole member, Amazon.com Sales, Inc., is incorporated in the State of Delaware with its principal place of business in the State of Washington. Amazon.com Services LLC, therefore, is a citizen of the States of Delaware and Washington.

ACI Gift Cards LLC is a wholly owned subsidiary of Amazon.com Services LLC. ACI Gift Cards LLC's sole member, Amazon.com Services LLC, is a citizen of the States of Delaware and Washington. ACI Gift Cards LLC, therefore, is a citizen of the States of Delaware and Washington.

Dated: August 15, 2025

K&L GATES LLP

By: */s/ Michael J. Stortz*
Michael J. Stortz
K. Taylor Yamahata

*Attorneys for Defendants*
ACI Gift Cards LLC, Amazon.com Services LLC, and Amazon.com, Inc.