| | |
|---|---|
| 1 | Michael J. Stortz (SBN 139386)<br>Michael.Stortz@klgates.com |
| 2 | K. Taylor Yamahata (SBN 347192)<br>Taylor.Yamahata@klgates.com |
| 3 | K&L GATES LLP<br>Four Embarcadero Center, Suite 1200 |
| 4 | San Francisco, California 94111<br>Telephone: +1 415 882 8200 |
| 5 | Facsimile: +1 415 882 8220 |
| 6 | *Attorneys for Defendants*<br>ACI Gift Cards LLC, Amazon.com Services LLC, |
| 7 | and Amazon.com, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUN PENG, | Case No. 3:25-cv-06944 |
| Plaintiff, | **DEFENDANTS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| v. | |
| ACI GIFT CARDS LLC, AMAZON.COM SERVICES LLC, and AMAZON.COM, INC., | |
| Defendants. | Complaint Filed: September 9, 2024 |

Pursuant to Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: August 15, 2025	K&L GATES LLP

By: */s/ Michael J. Stortz*
Michael J. Stortz
K. Taylor Yamahata

*Attorneys for Defendants*
ACI Gift Cards LLC, Amazon.com
Services LLC, and Amazon.com, Inc.