1  Michael J. Stortz (SBN 139386)
   Michael.Stortz@klgates.com
2  K. Taylor Yamahata (SBN 347192)
   Taylor.Yamahata@klgates.com
3  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
4  San Francisco, CA 94111
5  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
6
7  *Attorneys for Defendants*
   ACI Gift Cards LLC, Amazon.com Services
8  LLC, and Amazon.com, Inc.
9
10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| YUN PENG, | Case No. 3:25-cv-06944 |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| ACI GIFT CARDS LLC, AMAZON.COM SERVICES LLC, and AMAZON.COM, INC. | |
| Defendants. | |

**RECYCLED PAPER**

1
PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, Four Embarcadero Center, Suite 1200, San Francisco, CA 94111.

On **August 18, 2025**, I served the document(s) described as:

1. **DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT**

2. **NOTICE OF ELECTRONIC FILING (DKT NO. 5) – CASE ASSIGNED TO MAGISTRATE JUDGE ALEX G. TSE**

3. **CIVIL STANDING ORDER FOR MAGISTRATE JUDGE ALEX G. TSE**

4. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA / CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

5. **ECF REGISTRATION INFORMATION**

6. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

together with an unsigned copy of this declaration on the interested parties in this action by delivering a true copy thereof as follows:

Yun Peng                                                  *Plaintiff, Pro Se*
8024 Emerson Pl.
Rosemead, CA 91770
Tel: (669) 329-7691
Email: msma529370228@gmail.com

☒   **BY MAIL:**  I placed for collection and processing such envelope(s) to be deposited in the mail at San Francisco, California, with postage thereon fully prepaid to the office of the addressee(s) as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business herein attested to (C.C.P. § 1013(a)).

**RECYCLED PAPER**

I declare under penalty of perjury (28 USC 1746) that the above is true and correct. Executed on **August 18, 2025**, San Francisco, California.

_____
T. Lianne Jitodai

**RECYCLED PAPER**