Michael J. Stortz (SBN 139386)
Michael.Stortz@klgates.com
K. Taylor Yamahata (SBN 347192)
Taylor.Yamahata@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

*Attorneys for Defendants*
ACI GIFT CARDS LLC, AMAZON.COM
SERVICES LLC and AMAZON.COM INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUN PENG,<br><br>  Plaintiff,<br><br>  v.<br><br>ACI GIFT CARDS LLC, AMAZON.COM SERVICES LLC, AMAZON.COM INC.,<br><br>  Defendants. | Case No. 3:25-cv-06944-AGT<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR PLAINTIFF'S FIFTH AMENDED COMPLAINT AND ASSOCIATED DEADLINES** |

Pursuant to Civil Local Rule 6-2, Plaintiff Yun Peng ("Plaintiff") and Defendants ACI Gift Cards LLC, Amazon.com Services LLC, and Amazon.com, Inc. (collectively "Amazon Defendants"), acting by and through their respective counsel, hereby submit this Stipulated Request for an Order Extending the Deadline for Plaintiff's Fifth Amended Complaint and related deadlines.

1. On November 19, 2025, the Court granted Amazon Defendants' motion to dismiss Plaintiff's Fourth Amended Complaint, with leave to amend by December 17, 2025. *See* ECF No. 30.

2. On December 3, 2025, the Parties filed a Stipulated Request for an Order Extending the Deadline for Plaintiff's Fifth Amended Complaint and related deadlines. *See* ECF No. 32.

3. On December 4, 2025, the Court approved the Parties' Stipulated Request thereby extending the deadline for Plaintiff's Fifth Amended Complaint to January 16, 2026. *See* ECF No. 33.

4. Plaintiff has requested a second 30-day extension of the deadline to file his Fifth Amended Complaint, such that the deadline shall be extended from January 16, 2026 to February 17, 2026. Defendants are willing to agree to this request, provided that Defendants receive a reciprocal two-week extension to respond, making their response due March 19, 2026.

5. The Parties submit that good cause exists for the second requested extension because Plaintiff has requested additional time in light of his *pro se* status and Amazon Defendants require additional time to evaluate and prepare a response to the Fifth Amended Complaint.

6. The Parties previously filed a stipulation to extend the briefing schedule on Amazon Defendants' Motion to Dismiss to accommodate Plaintiff's late opposition filing (ECF No. 17) and for an order changing time of the Initial Case Management Conference to accommodate Plaintiff's scheduling conflict (ECF No. 28). The Court previously granted both requests (*see* ECF Nos. 20, 29).

7. The requested time modification will not affect any other scheduled dates or deadlines in the case.

2

**RECYCLED PAPER**

SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR PLAINTIFF'S FIFTH AMENDED COMPLAINT AND ASSOCIATED DEADLINES; CASE NO. 3:25-CV-06944-AGT

**IT IS SO STIPULATED.**

Dated: January 14, 2026

K&L GATES LLP

By: */s/ K. Taylor Yamahata*
Michael J. Stortz
K. Taylor Yamahata

*Attorneys for Defendants*
ACI GIFT CARDS LLC, AMAZON.COM SERVICES LLC and AMAZON.COM INC.

Dated: January 14, 2026

By: 彭玄
Yun Peng

*Plaintiff, In Pro Per*

3

**RECYCLED PAPER**

SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR PLAINTIFF'S FIFTH AMENDED COMPLAINT AND ASSOCIATED DEADLINES; CASE NO. 3:25-CV-06944-AGT

## **[PROPOSED] ORDER**

Pursuant to the Parties' Second Stipulation and [Proposed] Order Extending the Deadline for Plaintiff's Fifth Amended Complaint and Associated Deadlines, and for good cause shown, **IT IS HEREBY ORDERED**:

    1.    Plaintiff shall file his Fifth Amended Complaint on or before February 17, 2026.

    2.    Amazon Defendants shall file their response to the Fifth Amended Complaint on or before March 19, 2026.

**IT IS SO ORDERED.**

Dated: _____                         _____
                                                                       Hon. Alexander G. Tse
                                                                        United States Magistrate Judge

4

**RECYCLED PAPER**

SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR PLAINTIFF'S FIFTH AMENDED COMPLAINT AND ASSOCIATED DEADLINES; CASE NO. 3:25-CV-06944-AGT